FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 19 2021

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Victor Hill | Criminal Action No. 1:21CR-143<br><br>UNDER SEAL |

## Motion to Seal Indictment

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Brent A. Gray, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed for the following reasons:

The Defendant is an armed law enforcement officer. The arrest will need to be planned and coordinated for the safety of the Defendant and federal agents.

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed.

Submitted this 19th day of April 2021.

                                Respectfully submitted,

                                KURT R. ERSKINE
                                  *Acting United States Attorney*

/s/Brent A. Gray
       *Assistant United States Attorney*
       Georgia Bar No. 155089
       Brent.Gray@usdoj.gov