FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 19 2021

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Victor Hill | Criminal Action No.<br><br>UNDER SEAL  1:21CR-143 |

### Order

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed.

SO ORDERED this 19th day of April, 2021.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Presented by:
Brent A. Gray, Assistant United States Attorney