U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 19 2021

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Indictment/Information |
| v. | 1:21CR-143 |
| Victor Hill | UNDER SEAL |
| **Agent to Arrest** | |

ISSUED AND DELIVERED
TO U.S. MARSHAL
on 4/19/21
BY: [signature]
DEPUTY CLERK

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the **above-stated case.**

[signature]
Brent Alan Gray
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 2021.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94