*FILED IN CHAMBERS*
*U.S.D.C. Atlanta*

APR 26 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Victor Hill | Criminal Action No.<br><br>1:21-CR-143 |

## Motion to Unseal Indictment

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Brent A. Gray, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case. In support of this motion, the government informs this court that the Defendant's arrest has been coordinated and that unsealing the indictment is necessary to prepare for an initial appearance.

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

/s/Brent A. Gray
*Assistant United States Attorney*
Georgia Bar No. 155089
Brent.Gray@usdoj.gov