FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 26 2021

JAMES N. HATTEN, Clerk
By: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Victor Hill | Criminal Action No.<br><br>1:21-CR-143 |

### Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be unsealed.

SO ORDERED this  26th  day of  April , 2021.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Brent A. Gray, Assistant United States Attorney