U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

APR 27 2021

P L E A (With Counsel)

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CRIMINAL NO. 1:21-CR-143

I, Victor Hill, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to count 1, 2, 3, and 4 thereof.

In Open Court this 27th day of April, 2021.

_____
SIGNATURE (Defense Attorney)
Drew Findling/Marissa Goldberg

_____
SIGNATURE (Defendant)
Victor Hill

### INFORMATION BELOW MUST BE TYPED OR PRINTED

3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Phone: (404) 460-4500
Bar Number: 672798

335 Bear Creek Trail
Hampton GA 30228

Phone: 404-548-0552

Filed in Open Court by:
_____
(Signature)

04-27-21
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12