AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

**Victor Hill**
**Agent to Arrest**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 29 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**WARRANT FOR ARREST**

~~UNDER SEAL~~

CASE NO. 1:21-CR-143 ELR

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest VICTOR HILL, and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): deprivation of rights under color of law

in violation of **Title 18, United States Code, Section 242**

JAMES N. HATTEN
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

April 19, 2021  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 04-19-2021

Date of Arrest: 04-27-2021

SA Angel Reyes
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

FIO: 9010208

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

**Victor Hill**
**Agent to Arrest**

WARRANT FOR ARREST

UNDER SEAL

CASE NO. 1:21-CR-143

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest VICTOR HILL, and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): deprivation of rights under color of law in violation of Title 18, United States Code, Section 242

| JAMES N. HATTEN | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | April 19, 2021 at Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____          By:____
                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 4/15/2021

Date of Arrest: 4/27/2021

Name and Title of Arresting Officer
Special Agent Angel Reyes
Signature of Arresting Officer
*[signature]*