UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | INDICTMENT NO: |
| ) | 1:21-CR-143 |
| ) | |
| VICTOR HILL, ) | |
|     Defendant. ) | |
| _____ ) | |

## MOTION FOR CONTINUANCE OF THE PRETRIAL CONFERENCE AND FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS

COMES NOW the defendant, Sheriff Victor Hill, by and through undersigned counsel and moves that his case be continued and that he be allowed additional time to file pretrial motions for the following reasons:

1.

This case is currently set for a pretrial conference on Thursday, May 13, 2021 at 10:30 a.m. before U.S. Magistrate Judge Christopher Bly. As per the scheduling order, the current deadline for pretrial motions is May 11, 2021.

2.

Sheriff Hill is still in the process of receiving discovery from the government. An initial packet was provided at arraignment, but undersigned counsel has been informed by AUSA Brent Gray that there is still outstanding discovery that he will be

providing forthwith. Once discovery is made available, Sheriff Hill would need time to review and file any applicable pretrial motions.

3.

Undersigned counsel has reached out to AUSA Brent Gray regarding this request and he has indicated that he has no objection to a continuance.

4.

At this time, Sheriff Hill is requesting a continuance of sixty days to allow for the discovery process to be completed.

Therefore, Sheriff Hill respectfully requests that this Motion for Continuance be granted and that the Court exclude the period of the continuance from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(7)(A).

Respectfully submitted,

*s/Drew Findling*
DREW FINDLING
Georgia Bar No. 260425
The Findling Law Firm, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500

*s/Marissa Goldberg*
MARISSA GOLDBERG
Georgia Bar No. 672798
The Findling Law Firm, P.C.

One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion:

**MOTION FOR CONTINUANCE AND FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS**

Was served upon opposing counsel:

Assistant United States Attorney Brent Gray

By ECF Filing.

Dated: May 10, 2021

*s/Marissa Goldberg*
Marissa Goldberg
Georgia Bar No. 672798