**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **CRIMINAL ACTION NO.** **1:21-CR-143-ELR-CCB** |
| **VICTOR HILL,** | |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of Defendant's unopposed motion an additional 60 days within which to file pretrial motions. (Doc. 15). For good cause shown, the Court **GRANTS** the motion and will afford Defendant until July 12, 2021, to file pretrial motions followed by a subsequent pretrial conference scheduled for **Wednesday, July 14, 2021, at 9:30 A.M.** The pretrial conference will be conducted by video using the Zoom platform. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, May 10, 2021, and the date of the pretrial conference, July 14, 2021, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because counsel for

Defendant needs additional time to review the discovery materials and the forthcoming discovery the Government is expected to produce before determining whether pretrial motions are appropriate, and the Government will need time to review any filed motions in preparation for the pretrial conference. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 11th day of May, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE