

# Clayton County Sheriff's Office
## Use of Force Report

**Incident Date:** 04/27/2020            **Case #:** N/A

**Type of Force**
- ☐ TASER
- ☐ Pepper Spray
- ☐ Compliance Pain
- ☒ Compliance Escort
- ☐ K-9
- ☐ Impact Weapon
- ☐ Firearm Display
- ☐ Firearm Discharge
- ☒ Restraint Device
- ☐ Other:

**The following documentation is attached, as appropriate:**
- ☒ Incident Report    ☒ Supplemental
- ☐ Witness Statement    ☒ Photos

**Injuries: report any documented / treatable injury:**
Officer Injured:  ☐ Yes  ☒ No
Offender Injured: ☐ Yes  ☒ No

**Location of Incident:** Intake Security

**Name of Subject / Inmate:**

**Indicate Type of Activity**
- ☐ Attempting Arrest
- ☐ Traffic Stop
- ☐ Signal 29 Fight in Progress
- ☐ Handling – Custody of Prisoner
- ☐ Ambush – No Warning
- ☐ Signal 24 Mentally Disturbed
- ☐ Signal 50 Person Shot
- ☐ Signal 51 Person Stabbed
- ☐ Signal 53 Suicide / Suicide Attempt
- ☐ Signal 54 Suspicious Person
- ☐ Signal 86 Domestic Call
- ☐ Temporary Protective Order
- ☒ Non-Compliant Inmate
- ☐ Officer Assault
- ☒ Other:  Sheriff One

**Personnel Involved:**

**Supervisor Preparing Report:**            **Employee #**

CCSO_00000321