

# Clayton County Sheriff's Office

## Use of Force Report

Incident Date: April 27, 2020

Case #: N/A

### Type of Force
- [ ] TASER
- [ ] Pepper Spray
- [ ] Compliance Pain
- [ ] Compliance Escort
- [ ] K-9
- [ ] Impact Weapon
- [ ] Firearm Display
- [ ] Firearm Discharge
- [x] Restraint Device: Safety Restraint Chair
- [ ] Other:

**The following documentation is attached, as appropriate:**
- [x] Incident Report
- [x] Supplemental
- [ ] Witness Statement
- [x] Photos

Injuries: report any documented / treatable injury:
Officer Injured:  [ ] Yes  [x] No
Offender Injured: [ ] Yes  [x] No

**Location of Incident:**
Intake

### Indicate Type of Activity
- [ ] Attempting Arrest
- [ ] Traffic Stop
- [ ] Signal 29 Fight in Progress
- [ ] Handling – Custody of Prisoner
- [ ] Ambush – No Warning
- [ ] Signal 24 Mentally Disturbed
- [ ] Signal 50 Person Shot
- [ ] Signal 51 Person Stabbed
- [ ] Signal 53 Suicide / Suicide Attempt
- [ ] Signal 54 Suspicious Person
- [ ] Signal 86 Domestic Call
- [ ] Temporary Protective Order
- [x] Non-Compliant Inmate
- [ ] Officer Assault
- [ ] Other: Resisting Escort

**Name of Subject / Inmate:**

**Personnel Involved:**

**Supervisor Preparing Report:**   **Employee #**

Notice: Anyone present at time of Use of Force must submit supplemental report indicating participation and / or observations.

CCSO_00000903