UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:21-CR-143-ELR-CCB |
| | ) | |
| | ) | |
| VICTOR HILL, | ) | |
| | ) | |
| Defendant. | ) | |

### SHERIFF VICTOR HILL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Sheriff Victor Hill, through his undersigned attorneys, respectfully moves this Court to grant a seven (7) day extension to file his reply briefs to the Government's Response in Opposition to his various pretrial motions. (Dkt. 35.) In support, Sheriff Hill shows the following:

1. The Government indicted Sheriff Hill on April 29, 2019. (Dkt. 1.) The defense responded with a Motion to Dismiss the Indictment and a Motion for Bill of Particulars on July 12, 2021. (Dkts. 20, 21.)

2. The Government superseded on July 29, 2021, adding an additional count. (Dkt. 24.) The defense responded by filing an Amended Motion to Dismiss and Amended Motion for Bill of Particulars on August 19, 2021. (Dkts. 32, 33.)

3. The Government filed an omnibus Response in Opposition to Sheriff Hill's motions on September 20, 2021. (Dkt. 35.) Sheriff Hill's reply briefs are therefore due October 4, 2021. *See* LR 7.1(C).

4. Because of the number and complexity of issues raised in the pretrial pleadings, Sheriff Hill requests an additional seven (7) days to file his replies. This brief extension will not prejudice the parties, and the Government does not oppose the extension.

WHEREFORE, Sheriff Hill respectfully requests that this Court **grant** his request for an extension of time to file replies to the Government's Response in Opposition, making Sheriff Hill's replies due **Monday, October 11, 2021**.

This 23rd day of September, 2021.

                                    Respectfully submitted,

                                    By:/s/     *Lynsey M. Barron*
                                          Lynsey M. Barron

Drew Findling
    Ga. Bar No. 260425
Marissa Goldberg
    Ga. Bar No. 672798
The Findling Firm
3490 Piedmont Road NE, Suite 600
Atlanta, GA 30305
Telephone (404) 460-4500
Email: drew@findlinglawfirm.com
       marissa@findlinglawfirm.com

Lynsey M. Barron
    Ga. Bar No. 661005
Miller & Martin PLLC
1170 Peachtree Street, N.E. Suite 800
Atlanta, Georgia 30309-7706
Telephone (404) 962-6100
Email: lynsey.barron@millermartin.com

***Attorneys for Sheriff Victor Hill***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the below date I electronically filed the foregoing Motion for a Bill of Particulars with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the to the following attorneys of record:

>Brent Gray, AUSA
>Brett Hobson, AUSA
>U.S. Attorney's Office
>600 Courthouse
>75 Ted Turner Drive SW
>Atlanta, GA 30303

This 23rd day of September, 2021

>/s/     ***Lynsey M. Barron***
>By:  Lynsey M. Barron
>     Ga. Bar No. 661005

>*Attorney for Sheriff Victor Hill*