IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>    v.<br><br>VICTOR HILL,<br><br>    **Defendant.** | **CRIMINAL ACTION NO.**<br>**1:21-CR-143-ELR-CCB** |

## ORDER

This matter is before the Court for consideration of Defendant's motion for oral argument regarding his motion to dismiss the indictment. (Docs. 20, 33). For good cause shown, the Court **GRANTS** the motion and schedules oral argument for **Monday, November 29, 2021, 2021, at 1:00 P.M, Courtroom 2008, 20th Floor**, United States Courthouse and Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

**IT IS HEREBY ORDERED** that the period between the date of Defendant's original motion to dismiss the indictment (which included the request for oral argument), July 12, 2021, and the conclusion of the oral argument, November 29, 2021, shall be excluded pursuant to the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(D); *see also United States v. Dunn*, 345 F.3d 1285, 1294 n.4 (11th Cir. 2003)

(noting that courts have typically "afforded a liberal definition to the term 'hearing'" as used in § 3161(h)(1)(D)); *United States v. Tannehill*, 49 F.3d 1049, 1050, 1053 (5th Cir. 1995) (concluding that a "hearing" for purposes of § 3161(h)(1)(D) included a situation where the district court heard argument from counsel on a motion, even though no evidence or testimony was presented).[1]

**IT IS SO ORDERED,** this 26th day of October, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

---

[1] When *Dunn* and *Tannehill* were decided, the provision of section 3161 that now appears in subsection (h)(1)(D) resided in subsection (h)(1)(F).