# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00143-ELR-CCB
## USA v. Hill
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 11/29/2021.

TIME COURT COMMENCED: 01:04 P.M.
TIME COURT CONCLUDED: 2:10 P.M.    COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:06                 DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

DEFENDANT(S):         [1]Victor Hill Present at proceedings
ATTORNEY(S) PRESENT:  Lynsey Barron and Drew Findling representing Victor Hill
                      Brent Gray and Bret Hobson representing USA

PROCEEDING CATEGORY:  Motion Hearing (Oral Argument Hearing)

MINUTE TEXT:          The Court heard oral arguments regarding [33] Defendant's motion to dismiss the indictment.