FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 17 2022

KEVIN P. WEIMER , Clerk

By: s/B. Evans
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

  v.

VICTOR HILL

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:21-CR-143-ELR-CCB

  **YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE**: | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 2022**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303-3309 |
| **BEFORE**: | Honorable Russell G. Vineyard<br>United States Magistrate Judge |
| **DATE AND TIME:** | **Thursday, March 31, 2022<br>at 10:00 a.m.** |

To answer a(n)

☒ SS Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 242**

Description of the offense: Deprive of Civil Rights

AUSA: Brent A. Gray and Bret Hobson

Counsel for Defendant: Lynsey Barron, Drew Findling and Marissa Goldberg

March 17, 2022

              KEVIN P. WEIMER
              CLERK OF COURT

            By: B. Evans
               Deputy Clerk