ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v

Victor Hill

CASE NUMBER: 21-CR-143
(SUPERSEDING)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 31 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### Defendant's Entry of a PLEA OF NOT GUILTY and WAIVER OF APPEARANCE AT ARRAIGNMENT

I hereby acknowledge that I am the defendant named above and I have received a copy of the superseding indictment or information. I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I have the right to have the superseding indictment or information read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure.

I have discussed the charge(s) in the superseding indictment or information and the waiver of appearance at arraignment with my attorney and I fully understand the nature of the offense(s) charged and my right to appear at arraignment. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment on the superseding indictment or information and my right to have it read to me in open court.

As evidenced by my signature below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the superseding indictment or information this __29th__ day of __March__, 20__22__.

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)

**INFORMATION BELOW MUST BE TYPED OR PRINTED**

Marissa Goldberg
Name (Attorney for Defendant)

3490 Piedmont Road, Suite 600
Street Address

Atlanta, GA 30338
City & State        Zip Code

Phone Number: 404-460-4500

VICTOR HILL
Name (Defendant)

335 BEAR CREEK TRAIL
Street Address

HAMPTON GA 30228
City & State        Zip Code

Phone Number:

State Bar of Georgia Number 672798