UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 1:21-CR-143-ELR-CCB |
| | ) | |
| VICTOR HILL, | ) | |
| Defendant. | ) | |

## SHERIFF VICTOR HILL'S MOTION TO ADOPT AND INCORPORATE PRIOR FILINGS

Sheriff Victor Hill, by and through his undersigned attorneys, files this Motion to Adopt all previously Pretrial Motions (Doc. 32, Doc. 33, Doc. 39, Doc. 47). On March 16, 2022, a second superseding indictment was returned alleging two additional counts of 18 U.S.C. § 242 violations. Doc. 49 at 16, 17. The second superseding indictment alleges two additional victims but the alleged conduct is functionally the same as in the first superseding indictment. Rather than re-litigating the issues raised in Defendant's prior motions, Doc. 32, 33, 39, and 47, Defendant moves to adopt and incorporate these motions and arguments as to all counts in the second superseding indictment.

Respectfully submitted this 8th day of April, 2022.

Respectfully submitted,


By: /s/   *Marissa Goldberg*
         Marissa Goldberg


Drew Findling
    Ga. Bar No. 260426
Marissa Goldberg
    Ga. Bar No. 672798
The Findling Firm
3490 Piedmont Road NE, Suite 600
Atlanta, GA 30305
Telephone (404) 460-4500
Email: drew@findlinglawfirm.com
         marissa@findlinglawfirm.com


Lynsey M. Barron
    Ga. Bar No. 661005
Miller & Martin PLLC
1170 Peachtree Street, N.E. Suite 800
Atlanta, Georgia 30309-7706
Telephone (404) 962-6100
Email:  lynsey.barron@millermartin.com

*Attorneys for Sheriff Victor Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date I electronically filed the foregoing Motion to Adopt Prior Filings with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the to the following attorneys of record:

>Brent Gray, AUSA
>Brett Hobson, AUSA
>U.S. Attorney's Office
>600 Courthouse
>75 Ted Turner Drive SW
>Atlanta, GA 30303

This 8th day of April, 2022

>*/s/ Marissa Goldberg*
> By: Marissa Goldberg
>    Ga. Bar No. 672798
>
>*Attorney for Sheriff Victor Hill*