

THE
**FINDLING**
LAW FIRM P.C.

Drew Findling

**Marissa Goldberg**
Also Admitted in CA
**Zachary J. Kelehear**

One Securities Centre
3490 Piedmont Rd NE
Suite 600
Atlanta, GA 30305
404.460.4500 phone
404.460.4501 fax
www.findlinglawfirm.com

email:
drew@findlinglawfirm.com
marissa@findlinglawfirm.com
zack@findlinglawfirm.com

June 13, 2022

Ms. Michelle Beck
Courtroom Deputy Clerk
To The Honorable Eleanor L. Ross
United States District Court Judge
1788 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303

Mr. James Jarvis
Courtroom Deputy Clerk
To The Honorable Christopher C. Bly
United States Magistrate Court Judge
2007 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303

RE:   United States vs. Victor Hill
      Case No. 1:21-CR-00143-ELR-CCB

Dear Ms. Beck and Mr. Jarvis:

This letter is to notify the Court pursuant to LcrR 57.1E(4), NDGa, that I will be out of the office. This Leave of Absence supplements my previously filed Leave of Absence of March 24, 2022.

1.  The periods of leave during which time Applicant will be away from the practice of law are as follows:

    **July 21-22, 2022 and July 25-29, 2022 and August 1, 2022** – I will be out of state for trial preparation and a family vacation.

    **August 12, 2022** – As past president of the National Association of Criminal Defense Lawyers, I will attend the Board of Directors Meeting in Palm Beach, Florida.

    **September 2, 2022** – I will take a family vacation.

    **October 20-21, 2022** – As past president of the National Association of Criminal Defense Lawyers, I will attend the Board of Directors Meeting in Savannah, Georgia.

    **December 12-16, 2022 and December 19-23, 2022 and December 26-30, 2022 and January 2-6, 2023** – I will take a family leave.

Page 2, 2022
June 13, 2022

I request the Court not to schedule any court appearances in the above referenced matter for those dates.

Respectfully submitted,

**/s/Drew Findling**
**DREW FINDLING**
Georgia Bar No. 260425

cc:   Brent A. Gray, Assistant United States Attorney, By CM/ECF
        Bret Reed Hobson, Assistant United States Attorney, By CM/ECF