

1180 W. PEACHTREE STREET, NW
SUITE 2100
ATLANTA, GA 30309-7706
404-962-6100
FAX 404-962-6300

LYNSEY M. BARRON
Direct Dial 404-962-6413
Direct Fax 404-962-6349
lynsey.barron@millermartin.com

June 30, 2022

RE: <u>Request for Leave of Absence</u>

Dear Courtroom Deputies:

Pursuant to Local Rule 57.1E(4), N.D.Ga., as counsel for the defendants in the following cases, I write to request a leave of absence from **October 3 through October 7, 2022**. Additionally, I will be in trial from **August 22 through August 26, 2022** (end date approximate) for the *Hardaway v. Hamilton* matter listed below, and from **October 12 through November 4** (end date approximate) for the *United States v. Hill* matter listed below:

- <u>United States v. Vasquez-Martinez</u>, 1:20-cr-197-TWT-AJB
- <u>United States v. Ashong</u>, 1:20-cr-296-JPB-CMS
- <u>United States v. Thomas</u>, 4:22-cr-17-WMR-WEJ
- <u>United States v. Semper</u>, 1:21-cr-484-LMM-JKL
- <u>United States v. Ramos</u>, 1:11-cr-60-TWT
- <u>United States v. Hill</u>, 1:21-cr-143-ELR-CCB
- <u>United States v. Foutz</u>, 4:17-cr-39-JPB-WEJ
- <u>Hardaway v. Hamilton</u>, 1:14-cv-542-CAP

Other than as stated above, none of these cases have been scheduled for trial or hearings during these dates. If at all possible, I ask that no court appearances be scheduled during these dates for these cases. I appreciate your consideration.

Sincerely,

*/s/ Lynsey M. Barron*
Lynsey M. Barron

cc: All parties of record by CM/ECF