UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | ) |
| v. | ) No. 1:21-cr-143-ELR-CCB |
| | ) |
| | ) |
| **VICTOR HILL,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

Notice is hereby given that the undersigned will change firm affiliations effective August 4, 2022. The undersigned was previously associated with the firm Miller & Martin PLLC and has formed her own firm, Barron Law LLC. New contact information for the undersigned is:

BARRON LAW LLC
3104 Briarcliff Road
P.O. Box 29964
Atlanta, GA 30359
(404) 276-3261
lynsey@barron.law

2

This 2nd day of August, 2022					Respectfully submitted,

                                                             By:/s/     ***Lynsey M. Barron***
                                                                    Lynsey M. Barron
                                                                    Ga. Bar No. 661005
                                                          Barron Law LLC
                                                          3104 Briarcliff Road
                                                          P.O. Box 29964
                                                          Atlanta, Georgia 30359
                                                          Telephone (404) 276-3261
                                                          lynsey@barron.law

                                                          ***Attorney for Victor Hill***

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date I served the foregoing Notice of Change of Firm Affiliation with the Clerk of Court using CM/ECF system, which will automatically send email notification of such filing to the to all attorneys of record.

This 2nd day of August, 2022

/s/ Lynsey M. Barron
By: Lynsey M. Barron

*Attorney for Victor Hill*