8/9/22, 1:07 PM  Appeal Filed To Lift Suspension Of Sheriff Victor Hill. Attorney Alan G. Parker from Clayton County Sheriff's Office, GA : Nixle

Case 1:21-cr-00143-ELR-CCB   Document 65-1   Filed 08/10/22   Page 1 of 3

Registered Subscribers: **Sign In Here**

| Receive alerts from your local agencies | ...or text your ZIP CODE to 888777 for mobile alerts |

Full Notification



### Clayton County Sheriff's Office, GA

Tuesday February 8th, 2022 :: 09:19 a.m. EST

Advisory

### Appeal Filed To Lift Suspension Of Sheriff Victor Hill. Attorney Alan G. Parker

**TEXT-A-TIP -** Text **TIP CCSOGA** followed by your message, to **888777**

**Submit an anonymous web tip**

An appeal has now been filed to lift the suspension of Sheriff Victor Hill. The law states that if a suspended official is not tried at the first term of court, he is to be reinstated to his office. The law is very clear that suspension of officials by the Governor is of a limited duration. The appeal is being filed because the Fulton County Judge that was assigned to hear the case stated on record that she did not think she had the authority to make the decision to reinstate Sheriff Hill.

Sheriff Hill's defense attorneys are ready to go to trial to get him vindicated from charges that are clearly politically motivated. The following bullet point summary will clearly explain why the charges are politically motivated and reveal those involved.



« Previous    Image 3 of 3    Next »

**More Messages**

**See more messages from Jonesboro, Georgia »**

**Navigate & Discover**

Enter a town, zip code or address

- Sheriff Victor Hill is the only law-enforcement official in the country ever charged criminally for restraining inmates without any use of force or injury. Selecting Sheriff Hill to test a novel theory of prosecution speaks volumes as of the malicious nature of this case. No other person in this judicial circuit has ever been criminally prosecuted, or even been held civilly liable for this. All other alleged restraint cases which actually involved use of force like in Gwinnett County were handled civilly without a hint of criminal prosecution. Evidence will show that there were valid reasons for the inmates being restrained. None of the alleged inmates received any physical injuries and were monitored by both jail and health professionals.
- All of the alleged 5 victims in this case were solicited by political enemies of the Sheriff which consist mostly of former employees who were either fired, resigned in lieu of investigation, demoted, transferred, or arrested by Sheriff Hill. A few local elected officials are involved in the malicious prosecution as well. The following are the most notable.
- Butts County Sheriff Gary Long who solicited alleged victim Glen Howell is a former Clayton County Deputy who worked for former Sheriff Kem Kembrough when Hill defeated Kembrough in 2012. Sheriff Kembrough along with the Clayton County DA's office connived a failed attempt to convict Sheriff Hill on false charges to keep Hill from running and winning re-election in 2012. Hill won the election anyway and was acquitted on all counts in 2013. Ironically, the Georgia Supreme Court recently ruled that Sheriff Gary Long violated the constitutional rights of offenders in his county. So far there is no indication that the DOJ will test a novel theory of criminal prosecution on Gary Long for violating civil rights of offenders in his county.
- Alleged victim Glen Howell who was solicited by Sheriff Gary Long recently impeached himself by making false statements to the media that can clearly be refuted by the video recording of his arrest.

8/9/22, 1:07 PM    Appeal Filed On The Suspension Of Sheriff Victor Hill. Attorney Alan Silleken from Clayton County Sheriff's Office, GA : Nixle

Case 1:21-cr-00143-ELR-CCB   Document 65-1   Filed 08/10/22   Page 2 of 3

- Clayton County District Attorney Investigator Dennis Baker who orchestrated the first failed 2012 attempt to indict Sheriff Hill is involved in orchestrating this case as well. Baker's involvement in this federal indictment proves that the Clayton County DA's office is involved again in another attempt to trump up criminal charges against Sheriff Hill as an alternative way to get him out of office since they have been unsuccessful in the election process.  This also proves that the federal investigation was initiated by Clayton County DA Tosha Mosley who is hiding behind them to mask her involvement.  DA Investigator Baker could not orchestrate a federal investigation as a task force member without the knowledge and consent of DA Tosha Mosley who was appointed to office by Governor Kemp.  Shortly after the suspension of Sheriff Hill, DA Mosley's  Chief Investigator Brian Busch approached the now acting Sheriff asking him to rehire former Captain Anthony Kessler who resigned in lieu of investigation before having to take a polygraph.  It must also be noted that DA Mosley openly endorse a canidate against Sheriff Hill in the 2012 election on a mail flyer.

- 
- Former Clayton County Deputy Robert Hawes who attempted to run for Sheriff in the last election after being fired and arrested by Sheriff Hill solicited two of the alleged victims this case.  One of the alleged victims Hawes solicited worked on his campaign, and the other alleged victim put in his statement that he is a freind of Hawes.  Hawes was hired by former Sheriff Kem Kembrough after being fired by the Atlanta Police Department for being at a woman's house in Clayton County when he was supposed to be on patrol in Atlanta.  Hawes was fired and arrested by Sheriff Hill for filing a false report about two missing duty firearms, and forging a ticket for an exotic dancer that was once in his custody.

- 
- Gerrian Hawes who is the wife of Robert Hawes was also arrested by Sheriff Hill for sending a string of harassing emails after being asked to stop.   Gerrian Hawes was also exposed by Sheriff Hill for running a magazine scam called "South Atlanta Magazine" named to deceitfully imply that it is a southern branch of the well known legitimate "Atlanta Magazine".   Gerrian Hawes is friends with Clayton County DA Tosha Mosely who has been featured in the fake magazine.

- Jonathan Newton is a former Clayton County civilian employee who resigned after being investigated for soliciting kickbacks on printing material.  Newton is on record by one of the alleged victims in this case against Hill as soliciting him and Newton has been on social media bragging about soliciting alleged victims against Sheriff Hill.  Newton was also involved in the failed 2012 attempt to indict Sheriff Hill and gave false testimony on the stand while admitting to tax fraud.  Newton is now answering a bar complaint for possibly forging college credits and a degree to get into law school.

- 
- The day after the suspension of Sheriff Victor Hill, Terry Evans, who held a command position at the Sheriffs Office called a meeting with staff members.  Evans informed sheriff's office staff members that he had been meeting with Chairman Jeff Turner and Judge Geronda Carter planing for the Sheriff's suspension that all three of them knew in advance would happen.  Evans told the staff members that it was already planned that Judge Carter would appoint him interim Sheriff or Chairman Turner would get him appointed as the interim Sheriff.

- 
- Judge Carter is a personal freind of Terry Evans who had already put himself out in advance as a 2024 canidate for Sheriff. Judge Carter was also friends with another Deputy who she approached the Sheriff about promoting.  That Deputy ran against the Sheriff in 2016.  Judge Carter has been in conflict with the Sheriff's Office for denying key access to areas of the court house that the office is responsible for securing. No other Sheriff's Office in Georgia has been denied key access by a judge.

- 
- The story Terry Evans told staff members about meeting with Chairman Turner can also be corroborated by 3 documents with Chairman' Turner's name on it. Turner put a stop on Sheriff Hill's pay the day before his suspension was announced on June 2, 2021.  Turner had to reinstate the Sheriff's pay after being advised of the law.  To see proof of this, look up county agenda resolution 2021-130  on the Clayton County website.  The only way Chairman Turner would know in advance that the Sheriff was being suspended is by being involved in the planning behind the scenes with the DA.  On June 8, 2021 Chairman Turner sent a letter and a email (see attached) requesting that Governor Kemp either let him make the selection of the interim Sheriff, or be a part of the selection process.

- 
- Many of the employees who were fired or under investigation for misconduct by Sheriff Hill were re-hired by Chairman Jeff Turner to still work in the county.  Not only has Turner hired a number of employees fired by Sheriff Hill, he has also been trying to have them reinstated at the Sheriff's Office by using a civil service board that has been conflicted out hearing employee cases involving the Sheriff's Office since two former employees fired by Sheriff Hill now sit on that board.

8/9/22, 1:07 PM                    Appeal Filed On 1st Suspension Of Sheriff Victor Hill Attorney Alan G. Parker from Clayton County Sheriff's Office, GA : Nixle

Case 1:21-cr-00143-ELR-CCB   Document 65-1   Filed 08/10/22   Page 3 of 3

- It must be noted that the last time the Clayton County DA's office tried to indict Sheriff Hill on false charges, Chairman Turner came to the trial and was observed giving the DA a high five when they thought they were going to be successful with their scheme of getting the Sheriff convicted to get him out of office.  Right  after the Sheriff's suspension, Chairman Turner was overheard telling a citizen enquiring about Sheriff at The Home Store on Mt. Zion Blvd  that since Clayton County would not vote the Sheriff out of office, something else had to be done.  Unbeknownst to the Chairman, the witness to his statement was standing next in line taking notes of his every word.

If there was any doubt about the indictments against Sheriff Hill being politically motivated, the above verifiable facts and parties that are involve in this malicious prosecution removes any doubt.  Sadly, the above officials did not have a alternate plan to keep the county safe from the crime that is now out of control since the absence of Sheriff Hill.

We will continue to keep everyone informed on the progress of getting the Sheriff reinstated and vindicated.

Attorney Alan G. Parker

Note:  Last week the Sheriff of Bleckley County Georgia was charged with sexual battery on a well known African American Female TV Judge.  It will be interesting to see if the Governor suspends him to the end of his term or until his case has gone to court as he has done to Sheriff Hill.  The law clearly says suspensions of elected officials are of a limited duration if they are not so tried by the first term of court.  It will also be interesting to see if the feds try to test a novel theory of prosecution by charging him federally with violating the judge's civil by putting his hands on her when Sheriff Hill never laid a hand on any of the alleged victims solicited by his opponents.

**Address/Location**
Clayton County Sheriff's Office, GA
9157 Tara Blvd
Jonesboro, GA 30236

**Contact**
Emergency: 9-1-1
Non-emergencies: 770-477-4479

Message and data rates may apply. Message frequency varies. Terms and privacy.

Company Overview    Contact    Careers    Terms of Service    Privacy Policy    FAQs

Powered by Nixle. © 2022 Everbridge, Inc.