8/9/22, 1:08 PM
"Murder Rate Reaches All Time High In Clayton County. Attorney Alan Parker" from Clayton County Sheriff's Office, GA : Nixle
Case 1:21-cv-00143-ELR-CCB Document 65-2 Filed 08/10/22 Page 1 of 2

Registered Subscribers: **Sign In Here**

Receive alerts from your local agencies     ...or text your ZIP CODE to 888777 for mobile alerts

**Full Notification**



### Clayton County Sheriff's Office, GA

Wednesday December 29th, 2021 :: 12:04 p.m. EST

**Advisory**    **Murder Rate Reaches All Time High In Clayton County. Attorney Alan Parker**

**TEXT-A-TIP -** Text **TIP CCSOGA** followed by your message, to **888777**

**Submit an anonymous web tip**

With less than 72 hours remaining in 2021, the murder rate is now 46% higher than it was last year. This is the highest recorded murder rate in the history of Clayton County.

It must be noted that prior to the suspension of Sheriff Victor Hill on June 2, 2021, the murder rate was down 24% which means there has been a 70% jump during the time of his absence this year. Aggravated Assaults are now up 81%. It should also be noted that assaults are also up in the county jail with inmates now embolden by the absence of the Sheriff.

LEGAL UPDATE ON SHERIFF'S HILL STATUS



After a lower court decision, Sheriff Hill's suspension by the Governor is now being appealed to get him back to work. The Findling law firm who is representing Hill in the criminal case is ready to go to trial to get him acquitted and is actively seeking a court date.

**More Messages**

**See more messages from Jonesboro, Georgia »**

Sheriff Victor Hill is notably the first and only law-enforcement official in the country criminally charged with using his discretion to restrain violent offenders. Others throughout the nation (with the most notable being Gwinnett County) have restrained and assaulted prisoners while only facing civil lawsuits at best.

**Navigate & Discover**

Enter a town, zip code or address

As a result of this malicious and politically motivated prosecution of Sheriff Hill by the Clayton County DA's Office and the DOJ, it is has been observed that law-enforcement in Clayton County has been less pro-active about pursuing criminals fearing that they could be prosecuted for doing their jobs as well. We look forward to a new year knowing that Sheriff Hill will be vindicated, and upon his return, will lead the charge in re-taking Clayton County back from the hands of violent criminals.

Attorney Alan Parker

Clayton County Sheriff's Office Legal Advisor

8/9/22, 1:08 PM                    "Murder Rate Reaches All Time High in Clayton County" Attorney Alan Parker from Clayton County Sheriff's Office, GA : Nixle

Case 1:21-cv-00143-ELR-CCB   Document 65-2   Filed 08/10/22   Page 2 of 2

**Address/Location**
Clayton County Sheriff's Office, GA
9157 Tara Blvd
Jonesboro, GA 30236

**Contact**
Emergency: 9-1-1
Non-emergencies: 770-477-4479

Message and data rates may apply. Message frequency varies. Terms and privacy.

Company Overview   Contact   Careers   Terms of Service   Privacy Policy   FAQs

Powered by Nixle. © 2022 Everbridge, Inc.