8/9/22, 1:10 PM  Legal Update: Trial Date Set For Sheriff Victor Hill! Attorney Alan Parker from Clayton County Sheriff's Office, GA : Nixle

Case 1:21-cr-00143-ELR-CCB Document 65-7 Filed 08/10/22 Page 1 of 2

Registered Subscribers: **Sign In Here**

| Receive alerts from your local agencies | ...or text your ZIP CODE to 888777 for mobile alerts |

Full Notification



### Clayton County Sheriff's Office, GA

Friday May 13th, 2022 :: 08:58 a.m. EDT

**Advisory**

### Legal Update: Trial Date Set For Sheriff Victor Hill! Attorney Alan Parker

**TEXT-A-TIP -** Text **TIP CCSOGA** followed by your message, to **888777**

**Submit an anonymous web tip**

We are pleased to announce that we have receive a trial date of September 26, 2022 to exonerate Clayton County Sheriff Victor Hill and get him back to work.



There will also be another hearing before the Georgia Court of Appeals on June 7, 2022 to address the unnecessary prolonged suspension of Sheriff Hill. Georgia law states that an elected officials suspension should be lifted by the first term of court if it is not so tried by that period. 4 terms of court have now passed since Sheriff Hill's suspension. We all must take note that when the Sheriff of DeKalb was suspended by the Governor it was only for 40 days. However, when the Bleckley County Sheriff was arrested February 4, 2022 for sexual battery on Judge Hachett, he was never suspended nor was a committee ever formed to investigate his actions. Sheriff Hill's suspension was ordered by the Governor to stand until his trial, or the end of his term. We can all clearly see that there is a stark difference on how the Governor handled Sheriff Hill's case as opposed to how he has chosen to handle the Sheriff of Bleckley County.

**More Messages**

**See more messages from Jonesboro, Georgia »**

We are grateful for the continued prayers and support for Sheriff Hill and are excited that within a few months, he will return to restore law and order to Clayton County once more.

**Navigate & Discover**

Enter a town, zip code or address

Alan Parker

Attorney At Law

**Address/Location**
Clayton County Sheriff's Office, GA
9157 Tara Blvd
Jonesboro, GA 30236

**Contact**
Emergency: 9-1-1
Non-emergencies: 770-477-4479

Message and data rates may apply. Message frequency varies. Terms and privacy.

Company Overview    Contact    Careers    Terms of Service    Privacy Policy    FAQs

Case 1:21-cr-00143-ELR-CCB   Document 65-7   Filed 08/10/22   Page 2 of 2

Powered by Nixle. © 2022 Everbridge, Inc.