IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>VICTOR HILL | Criminal Action No.<br><br>1:21-CR-00143-ELR |

## V E R D I C T

### Count One

As to Count One of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty            _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to R.P.?

_____ Yes            _____ No

### Count Two

As to Count Two of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty            _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to D.B.?

_____ Yes            _____ No

**Count Three**

As to Count Three of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty              _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to J.A.?

_____ Yes                 _____ No

**Count Four**

As to Count Four of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty              _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to C.H.?

_____ Yes                 _____ No

**Count Five**

As to Count Five of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty            _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to J.H.?

_____ Yes              _____ No

**Count Six**

As to Count Six of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty            _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to G.H.?

_____ Yes              _____ No

## Count Seven

As to Count Seven of the Indictment, we, the jury, unanimously find Victor Hill:

\_\_\_\_\_ Guilty              \_\_\_\_\_ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to W.T.?

\_\_\_\_\_ Yes              \_\_\_\_\_ No

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this \_\_\_\_ day of October, 2022.

_____
Foreperson's Signature

_____
Foreperson's Printed Name