ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 19 2022

KEVIN P. WEIMER, Clerk
By: _____ Clerk

UNITED STATES OF AMERICA

v.

VICTOR HILL

Criminal Action No.

1:21-CR-00143-ELR-CCB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ad testificandum and avers:

1. Name of detainee (and detainee number, if known): Joseph Kenneth Arnold ; 2120601

2. Detained by Clayton County Jail - 9157 Tara Blvd, Jonesboro, GA 30236

3. Detainee is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on October 7, 2022, at 8:00 A.M., in Courtroom Number 1708, OR before the Federal Grand Jury sitting in Room Number 2037, of the United States Courthouse for the district, for Trial, specifically as a testifying witness.

Brent A. Gray
*Assistant United States Attorney*

## WRIT OF HABEAS CORPUS

X  Ad Testificandum

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: 09/19/, 2022

Eleanor L. Ross
Eleanor L. Ross
United States District Judge

# Memorandum

*United States Attorney*
*Northern District of Georgia*



| Subject | Date |
|---|---|
| WRIT OF HABEAS CORPUS | September 19, 2022 |

| To | From |
|---|---|
| MICHAEL S. YEAGER<br>U.S. MARSHAL | Brent A. Gray<br>*Assistant United States Attorney*<br>404-581-6077 |

The following information is submitted in order to expedite the execution of the attached Writ of Habeas Corpus, to assist in the proper identification of the defendant and/or witness, and to aid in the safety of transporting deputies.

NAME:  Joseph Kenneth Arnold

NAME OF INSTITUTION AND LOCATION:  Clayton County Jail - 9157 Tara Blvd, Jonesboro,

GA 30236

WILL CUSTODIAN INSTITUTION AGREE TO RELEASE PRISONER ON WRIT?  Yes

     NAME OF PERSON AGREEING TO RELEASE:  Roland Boehrer

     TELEPHONE NUMBER OF PERSON AGREEING TO RELEASE:  678-479-5193

ALIASES:

DOB OR AGE:  01/16/1970           RACE:  Black

FBI NUMBER:  None              USM OR BOP NUMBER:  None

STATE PRISONER NUMBER:  2120601

PENDING FEDERAL CHARGES:  None

CASE NUMBER:  1:21-CR-00143-ELR-CCB

Special handling considerations, separates, or special security measures deemed necessary: None

It is understood that 21 days are needed to process Writs of Habeas Corpus except those directed to federal institutions located in the Northern District of Georgia.  State institutions require 21 working days.  I have checked with the institution involved and they are willing to release the individual.