# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:21-CR-00143-ELR-1 |
| | * | |
| VICTOR HILL, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

A pretrial conference previously scheduled for TUESDAY, September 27, 2022 at 9:30 am is canceled. At defense counsel's request, the Court **RESCHEDULES** the pretrial conference for **THURSDAY, SEPTEMBER 29, 2022 AT 9:30 AM,** Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. The Court, having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, DIRECTS THE CLERK to exclude the period of delay from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A).

**SO ORDERED**, this 20th day of September, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia