# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00143-ELR-CCB
### USA v. Hill
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 09/29/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | |
| TIME COURT CONCLUDED: 12:00 P.M. | COURT REPORTER: Elizabeth Cohn |
| TIME IN COURT: 2:30 | DEPUTY CLERK: Brittney Walker |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Victor Hill Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Victor Hill<br>Drew Findling representing Victor Hill<br>Marissa Goldberg representing Victor Hill<br>Brent Gray representing USA<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PLEADINGS FILED IN COURT: | |
| MOTIONS RULED ON: | DFT#1-[65]Motion in Limine DEFERRED<br>DFT#1-[66]Motion in Limine DEFERRED<br>DFT#1-[69]Motion for Miscellaneous Relief GRANTED |
| MINUTE TEXT: | The Court held a Pretrial Conference on 9/29/22. The jury trial is scheduled for 10/12/22 at 9:00AM. The Court advised the parties that the trial may begin at 1:30PM on 10/12/22, but to keep their morning available. Voir dire and the jury trial will be conducted in courtroom 1708. The Court GRANTED the [69] Joint Motion for the Use of a Jury Questionnaire. The Court GRANTED-IN-PART portions of the [65] and [66] motions in limine, but will reserve ruling on the remaining portions during trial. The Court directed the parties to submit jury charges the morning of 10/6/22. The Court further directed the parties to confer and provide the Court a condensed version of the Indictment to publish to the jury. The Court distributed juror background questions to the parties and discussed trial procedures/etiquette. See transcript for more details. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |