# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00143-ELR-CCB
## USA v. Hill
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 10/13/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:50 P.M.
TIME IN COURT: 6:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: R. Meadows; CSO Kirk
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Victor Hill Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Victor Hill<br>Drew Findling representing Victor Hill<br>Marissa Goldberg representing Victor Hill<br>Brent Gray representing USA<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Defense) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Jury was sworn and preliminary charges given. Opening statements were given. Government witnesses: Leconte Jackson, Hannah James and Richard Sobczak were sworn and provided testimony. Government exhibit #s: 8 (CD), 9 (CD), 12-14, 18-20, 25-28, and 31 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at October 14, 2022 at 9:30am. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |