# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00143-ELR-CCB
## USA v. Hill
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 10/18/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 7:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: CSO Meadows; CSO Marshall
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Victor Hill Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Victor Hill<br>Drew Findling representing Victor Hill<br>Marissa Goldberg representing Victor Hill<br>Brent Gray representing USA<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Government witnesses Fritz Georges, Joseph Harper, Anthony Gonzalez, Walter Thomas, Anthony Weeks, Kevin Issac and Glenn Howell were sworn and provided testimony. Government exhibit #s 5- 7, 78-79, 94-96 were ADMITTED. Defense exhibit #s: 10, [11 - 15 (for the record only)] and 16 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at October 19, 2022 @ 9:30am. Jurors excused until the above time under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |