

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 26 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

VICTOR HILL

Criminal Action No.

1:21-CR-00143-ELR

## VERDICT

### Count One

As to Count One of the Indictment, we, the jury, unanimously find Victor Hill:

__✓__ Guilty          _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Raheem Peterkin?

__✓__ Yes          _____ No

### Count Two

As to Count Two of the Indictment, we, the jury, unanimously find Victor Hill:

__✓__ Guilty          _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Desmond Bailey?

__✓__ Yes          _____ No

## Count Three

As to Count Three of the Indictment, we, the jury, unanimously find Victor Hill:

✓ Guilty              _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Joseph Arnold?

✓ Yes             _____ No

## Count Four

As to Count Four of the Indictment, we, the jury, unanimously find Victor Hill:

✓ Guilty              _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Chryshon Hollins?

✓ Yes             _____ No

## Count Five

As to Count Five of the Indictment, we, the jury, unanimously find Victor Hill:

\_\_\_\_\_ Guilty          ✓ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Joseph Harper?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

## Count Six

As to Count Six of the Indictment, we, the jury, unanimously find Victor Hill:

✓ Guilty          \_\_\_\_\_ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Glenn Howell?

✓ Yes          \_\_\_\_\_ No

## Count Seven

As to Count Seven of the Indictment, we, the jury, unanimously find Victor Hill:

__✓__ Guilty          _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Walter Thomas?

__✓__ Yes          _____ No

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this 26 day of October, 2022.

__[signature]__
Foreperson's Signature

__SHERYL SHAW__
Foreperson's Printed Name