# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00143-ELR-CCB
## USA v. Hill
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 10/26/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 5:00 P.M. | CSO/DUSM: R. Meadows; J. Marshall |
| TIME IN COURT: 1:15 | DEPUTY CLERK: Michelle Beck |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Victor Hill Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Victor Hill<br>Drew Findling representing Victor Hill<br>Marissa Goldberg representing Victor Hill<br>Brent Gray representing USA<br>Bret Hobson representing USA |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Court called to order. Also present during the criminal trial were Paralegal Emily Hogan (with the Government throughout the trial), FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court DENIED motion [Doc. 91]. Deliberations began at 9:30am. The jurors returned a guilty verdict at 4:30pm. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |