# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:21-CR-00143-ELR |
| | * | |
| VICTOR HILL, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

The Defendant was convicted following a jury trial. A Sentencing Hearing is scheduled for **TUESDAY, FEBRUARY 28, 2023 at 9:30 AM,** Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.

**SO ORDERED**, this 7th day of November, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia