IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INDICTMENT |
| | ) | NO. 1:21-CR-143 |
| VICTOR HILL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE SENTENCING DATE**

COMES NOW the defendant, Victor Hill, by and through undersigned counsel and moves that his sentencing date be continued for the following reasons:

1.

This case is currently set for sentencing on February 28, 2023 at 9:30 a.m. before the Honorable District Court Judge Eleanor L. Ross.

2.

The initial presentence report was disclosed to counsel on January 27, 2023. This disclosure was 3-days past the 35-day requirement as per F.R.C.P. 32 and defense counsel had not been contacted by probation seeking any additional time.

3.

As the Court is aware, this is a sentencing following a multi-week jury trial for which there was a split-verdict as well as multiple counts of conviction. Therefore, the guideline calculations and other issues to be litigated at the time of sentencing in this matter are complex. Due to the complexity as well as the late disclosure, Mr. Hill requests that his sentencing date be continued.

Mr. Hill is requesting only a short continuance of two-weeks.

4.

Undersigned counsel has been in contact with AUSA Brent Gray regarding this request and he has indicated that the government has no objection to the continuance.

Respectfully submitted,

s/*Marissa Goldberg*
_____
Marissa Goldberg
Georgia Bar No. 672798

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within and foregoing Motion:

MOTION TO CONTINUE SENTENCING DATE

By electronic service:

>AUSA Brent Gray
>AUSA Bret Hobson

This 17th day of February, 2023.

Respectfully submitted,

s/*Marissa Goldberg*

_____
Marissa Goldberg
Georgia Bar No. 672798