# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:21-CR-00143-ELR-1 |
| | * | |
| VICTOR HILL, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**

_____

A sentencing hearing in this matter is scheduled for Tuesday, February 28, 2023 at 9:30 AM. At the Defendant's request, the Court **RESCHEDULES** the sentencing hearing for **TUESDAY, MARCH 14, 2023 at 9:30 AM,** Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.

**SO ORDERED**, this 21st day of February, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia