Audrey Pinckney
116 Lynches River Drive
Summerville, SC 29485

February 13,2023

Honorable Judge Eleanor Ross
United States District Court
Northern District of Georgia

     I am the aunt of Victor Hill, his mother's sister, therefore I have known him since birth. Growing up as a child, being in law enforcement was all he talked about. When playing cops and robbers with his friends he was always the good guy. He would talk to others about the harm of using drugs and alcohol. He was raised by his mother and grandmother (both now deceased). He had a great relationship with his father (also deceased). He was never in any trouble with the law. He was very protective of his family and as his motto was as Sheriff: we protect those who can't protect themselves. He was very serious about protecting the people of Clayton County and would not knowingly disobey the law himself. His mother died in July, 2021 and with so much going on in his life at that time I am sure he has not fully grieved her. During his sentencing hearing please know that he is not a danger to anyone and what a extremely tough job it had to be as Sheriff. I hope you will find that his life and work will warrant a favorable outcome.

     Thank you.

     Sincerely yours,

     Audrey Pinckney

# Dottie Peoples

February 07, 2023

Dear Judge Elenor Ross:
I am sending this letter on behalf of my friend, Sheriff Victor Hill.  This is not just a letter from a friend, but a sincere letter intended to show light on the character of someone who has not only worked in the County but worked and interacted as an active and integral part of the community.

I have known Sheriff Victor Hill for many years. I have noticed him present at many of the community gatherings as well as several church programs and services that were important to the life of the churches. When he was at the community gatherings, he was talking with and interacting with those attending. He many times had his uniform on, which assured all who were present that he was being a part of the gathering but bringing the assurance that all was safe and well.

I was overcome with comfort and peace when Sheriff Hill assisted myself and my family when my mother passed away. He kindly gave assistance by way of setting up a guided funeral procession.
I was further comforted that because of my being a prominent gospel singer, he knew that there are times when people seek to disrupt sacred gatherings just to talk to those in the public eye, and he made sure that my privacy was upheld during this time of grief for me and my family,
Just having the presence of he and the officers who served was comforting to our entire family.

Another example of his faithfulness to the county and community he served was shown by his leading by example. If he saw a need, he tried to fill it. He was known to form clean-up crews to handle portions of the community that were littered and unkept. Not for show, but because he cared about the people and the county he served. He was firm in his way of keeping order and keeping people orderly and respectful, yet he had a heart that allowed him to be helpful and sympathetic to the people he served.

It is my prayer that you will read and use this letter sharing the good character of Sheriff Victor Hill. It is sent in truth, that God's truth and justice will prevail and be upheld.

Sincerely,


Dottie Peoples

100 Wimbly Point
Fayetteville, Georgia 30214

Dear Judge Ross,

      I am writing this character reference letter for Victor Hill. My name is Daniel Curl and I have been the President of Affordable ATM Financial Services Inc. out of Hampton, Georgia for the past 24 years. I am on the Homeowners Association Board in the Bear Creek subdivision in the Panhandle of Clayton County. I have lived in my present house for 31 years and have been a Clayton County resident for 35 years and have happily been with my wife now for 36 years. I first met Victor Hill in October of 2017 when he moved into our neighborhood. He came to our HOA meeting and we were having some issues with speeding drivers and other neighborhood watch crime concerns and he gladly spearheaded a task force to address our concerns and implemented some patrols in our area that quickly resolved our problems. He has been in my house numerous times and my wife and I consider him a dear friend. When I met him and we became friends he personally gave me his cell number and told me to call him anytime of the day or night if I or my wife ever needed anything and him being the Sheriff of Clayton County at the time and a very busy man I felt that as very kind thing to do. Over the 6 years that I have known Victor I can vouch for him to be an honest man and also one with a high character value. His Christian views and strong moral principles is what made me really connect with him and the integrity he possesses makes me think back to the days when I bonded with my Marine Corp brothers while I served in the United States Marine Corp. I would do anything for Victor just like I feel he would do for me and I consider that a trait that is hard to find now a days amongst friends. I truly love him as a brother in Christ and he was there for me and my wife when our Mothers passed away within 6 months of each other about 2 years ago and I will never forget the compassion and love he showed us during that difficult time. In closing I would like to stress again how much Victor Hill means to our community in our neighborhood and how he has kept us safe in our homes and we truly appreciate his concern for us. May the Lord continue to look out over him and bless him.

Respectfully submitted,

Daniel Curl



### Emmanuel Baptist Church

**Gregory D. Ward, Sr. Pastor**
gward@emmbc.org

**Mark Everett, Assoc. Pastor**
meverett@emmbc.org

Office: (770) 478-6301
Fax: (770) 478-6307

230 Hwy 138 SW
Riverdale, GA 30274

*www.emmbc.org*

February 8, 2023

Whereas characterization's advocacy begs to be heard so many times to either bolster one's own standing, or seeks to defend another's reputation; my appeal is the latter. I have no familial ties, or strongest personal affiliation with Victor Hill (past Sheriff of Clayton Co., GA.), but was a resident of Clayton County, having voted for his leadership on two occasions, along with my current status as Pastor of a church located within county boundaries. I first met this fellow while serving at First Baptist Church of Jonesboro and while we received virtually anyone running for dog catcher or otherwise (due to our being the largest church in Clayton County), I had my suspicions. Thereafter, I would afford him that chance as Sheriff. Most residents' experience with Sheriffs were limited because their interactivity with the jail system maintained respectable distance thereunto, but this Sheriff would afford an immediate proactive policing throughout every municipality (within Clayton Co.). Moreover, my conversing with so many, discovered, they too were absolutely astounded with his personal interactivity with the county's citizenry (this not only included clergy, like me, but every sector of people), that even invited us to call him personally if trouble ensued, or if there were concerns (issuing his private cell number). Each would marvel thinking how privileged they were to have such an official at their exposal. Additionally, our church is located in Riverdale, surrounded by both single dwelling homes and a great presence in multi-housing and crimes of sorts are the norm for our location. Victor Hill's administration witnessed almost a complete shutdown of an undesired chaos; to now lack the kind of security we enjoyed under his watch.

I've understood law to some degree that mandates, as what may be deemed a small violation exists, the conviction is without consideration of size therein and whereas the penalty may be merciful, I appeal for mercy on behalf of Victor Hill (based on the predominant perception from Clayton's lawful citizenry). I understand this to be a Civil Rights violation unto an inmate(s) at the County Facility and while these incident/occurrences violate, many officers of the law are guilty and either suspended or removed from serving and whereas this one (Mr. Hill) has been portrayed as a monster of violating other's rights and having lost his credentials to public office, I ask, is his regret that includes having lost a career, along with receiving a horrid reputation along with public humiliation enough? Considering the recent events of Memphis, Tennessee's fabulous five officers' murder of one and the political rhetoric pervading (via an unnecessary defense) how upstanding most officers of the law are; unfolding how in Victor Hill's case (only profiled highly throughout Metropolitan Atlanta), never witnessed irreparable, physical harm done to these supposed victims. Again, my plea is that mercy be his. We need another sheriff comparable to Mr. Hill, to not walk on eggshells regarding his leadership that fears difficulties presented from the unlawful, yet regarding best civility for all. I understand polls won't influence courts, but if that hypothetical scenario was a consideration, the predominance of Clayton County residents would insist that Victor Hill has paid his debt to its citizenry, while certainly my own sentiment.

Respectfully Submitted, Gregory D. Ward, Pastor Emmanuel Baptist Church

February 7,2023

To: Judge Elenor Ross

From: Joanne Vaca

Dear Judge Ross, I am a senior in Clayton County, and I have lived here for almost 20 years, the first sheriff that I was aware of in the County was Victor Hill and that was because he reached out to the citizens as a public servant should. He took his job seriously and he understood how important it is to keep the citizens informed and safe and eager to keep the community a healthy environment. If I could, I would use his skills to fill other vacancies in the county. I appreciate a public servant like Victor Hill.


Sincerely,

Joanne Vaca

February 9, 2023


Judge Elenor Ross,


I humbly ask your good office and you to show utmost leniency in your choice of sentencing with respect to Ex Clayton County Sheriff Victor Hill.  I am appealing and pleading for your clemency and mercy for my friend and ex colleague Victor Hill.

As Sheriff of Clayton County, he has been an outstanding sheriff of my county with his Junior Sheriff Deputy, Holiday Food Giveaways, Halloween Candy safety program, drug house eliminations and his gun safety training programs.  He has demonstrated his love for people by always being available to help all citizens, many who could not protect them selves!

Your Honor, Victor Hill is a good and honest person!  I have known and worked with him over 20 years and I have never witnessed or have known of any instance that Victor Hill committed an offense which constitutes as grave misconduct or actions showing his moral depravity. We've worked together trying to keep our truancy problems down, riding around the community day and night encouraging our children to stay in school focusing on getting a good education and most of all to respect and believe in themselves.  I can take great satisfaction in his ability to bringing down crime in Clayton County by offering those who have committed crimes a different alternative!

Victor Hill is an active hands-on caring, affectionate, sensitive and compassionate person.  He has participated in several charitable and social campaigns to improve our community.  He is very approachable in the community and he cares about my family as if my children were his own!

Your Honor, I hope you consider the preceding information in sentencing my friend! Thank you for accepting and taking time to read my letter.


Sincerely,

Darryl W. Jordan

Darryl W. Jordan
Retired Georgia State Representative
District 77, Clayton County

February 11, 2023


To: The honorable Judge Eleanor Ross,


From: Joseph Brown

313 Kingston Trace Rd.

Columbia, SC 29229

Brwn859825@aol.com

(803) 446-3218


Good day to you,

My name is Joseph Brown.  I am Sheriff Victor K. Hill's uncle, and I am writing this letter on his behalf.

Sheriff Hill has been in law enforcement for virtually all of his adult life.  For over thirty years, he devoted himself to protecting those in need.  During his tenure as sheriff of Clayton County, crime rates consistently decreased every year.  He responsibly protected the court house, managed the county jail, which became an example for other jails, by prioritizing safety, respect, cleanliness, and meeting all of the other challenges associated with it, including minimizing inmate on inmate violence, eliminating contraband, and providing for the safety of officers and visitors.

The last two years has been an ordeal for Victor and his family, as I am sure legal matters are for all families, but his, ironically is for attempting to uphold the law, not breaking it.  I am one hundred percent confident that he would never intentionally break the law or violate anyone's civil or human rights!

Victor has wanted to be a champion of justice since he was a child.  I believe he was inspired by his father, Victor Hill, a navy seal, though he ultimately had to grow up without him, and at the end, had to make the heart wrenching decision to remove him from life support.  His late uncle, Malachi, a noble, virtuous, loving and loyal man, was also a role model for him, and continues to be so, despite his demise nearly 20 years ago.  Sadly, his childhood dream has become a nightmare, as he has been under tremendous scrutiny and held to an unprecedented standard.  He has suffered extreme financial hardship, damage to his reputation and now, a crippling roadblock to his career.  During the course of his suspension and trial, he has lost his mother, Katherine… and grandmother, Edrena.  He endured life threatening illness, and displacement.  Though understandable in a position of such incredible responsibility, as is yours, and as much as I/we desire it, I feel It is unreasonable to require, and to even expect perfection.  Please let us not forget, that those who are asked to enforce and uphold the law are also in need of, and deserving of protection themselves.

My hope and prayer are that he is not caught up in a wave of anti-police sentiment.  I am sure you are aware that he has no criminal record, no history of violence, and that no one was shot, beaten, killed or even died as a result his actions.

I have witnessed numerous acts of dedication.  I saw the pain he felt as he sought to solve the shooting death of an 8-year-old in the county.  These are only two examples of why he has had the overwhelming support of the people of the county for so many years.

I respectfully and heartfeltly ask that at the very least, he be left with his freedom, and the opportunity to move on with his life, after giving so much of it to the cause of justice.

Sincerely,

Joseph Brown, MBA

February 20, 2023

The Honorable Eleanor L. Ross
United States District Judge
Norther District of Georgia
United States Courthouse
75 Ted Turner Drive
Atlanta, Georgia 30303

Dear Hon. Ross:

My name is Cathy E. Loving, Historian/Archivist/Museum Curator (Ret.) and I've
had the privilege of knowing and associating with Victor Hill via various
organizations since 1992.
Our first meeting was at the old courthouse during which time we discussed
issues with Clayton County's Juvenile Court. I told him I was the first emancipated
minor from the state of Illinois; to which he responded that the Juvenile Court
Panel could use my insight on the panel. I was impressed with his empathy and
wanting to help the troubled children in Clayton County. Yes, I volunteered and
served for several years. We met occasionally at various community meetings
and Senior Citizen activities (I'm the senior). The crime rates of sex trafficking,
home burglaries, rape and murder were growing exponentially in Clayton County.
In 2004 when Victor ran and was elected as our Sheriff he many promises to the
residents of Clayton County all of which he kept. During his tenure as sheriff we
felt safe walking our streets again and secure within our homes. It's rare that
promises are kept from the campaign trail to the election of individuals.

Due to jealousy and in fighting and frankly racial disparity strip club owners and
some politicians made it their business to drum this honorable man from office.
The results...crime escalated, at every level. The citizens of Clayton County
wanted and got Victor re-elected in 2013. Again, due to this moral man's tenacity
on keeping law and order in Clayton County crime was once again minimal.
Seniors, children and their family members were once again feeling both safe and
secure in Clayton County. Ever since we lost the best sheriff Clayton County has
had we've plunged into the abyss of crime again.

Although I'm retired I continue to be active within Clayton County, as a former Board Member for Clayton Services, a poll worker, and a Board member of the Boys & Girls Club in our county.  As such, a resounding consensus among Clayton County residents is we need Victor <u>BACK IN OFFICE</u> he was and is admired and respected for his commitment to the people of Clayton County.

While at the Clayton County Senior Fest the late Congressman Lewis thought he was introducing me to Victor informing me that he was a good man of great moral character.  Afterwards Victor, the Congressman, his wife and my mom who is currently 101 years of age joined hands and danced in the Soul Train line in hopes of breaking the Guinness World record dance line.   Victor communicates and is an active participant throughout Clayton County and although he no longer holds the sheriffs' position he continues to support and assist us in many ways. No problem is too big or small for this concerned man to help us with.

Very truly yours,

Cathy E. Loving
Clayton County Resident
8311 Taylor Road
Riverdale, Georgia
770-630-5707

February 28, 2023

The Honorable Eleanor L. Ross
United States District Judge
Northern District of Georgia
United States Courthouse
75 Ted Turner Drive
Atlanta, Georgia 30203

Ms. Mershon Star'Wheeler
3398 Hidden Stream Court
Stockbridge, Georgia 30281
Email: mershonw@gmail.com

Dear Honorable Ross,

I am writing on behalf of Mr. Victor Hill's character. My name is Ms. Mershon Wheeler. I am a retail business owner, a nonprofit organization director, and a resident of Clayton County Georgia, and has been for the last past 21 years. I have been in this county for many years to see the changes that have come about. I met Mr. hill at a community event and have known Mr. Hill for 20 years. In that time, I have grown to know about Mr. Hill and can speak on his reputation and character.

It was very troubling to me to learn of this case & the severity of this case concerning Mr. Hill. I have always known him to be a person with great morals and integrity, generous, a person that cares about people, and a person that loves his community as well as the residents of this community. He has always shown compassion to the residents by going out into the community to greet & meet the people showing that he cares. One incident was when my son got carjacked & shot in the chest in the city of Atlanta in 2019. My son is now paralyzed from the chest down due to this senseless act. When Mr. Hill first learned of this incident, he and a few other officers came right out to check on and talk to my son and gave him some kind words of comfort. They told him despite all that has happened to him, to be thankful for life, because he is still alive. Mr. Hill and those officers didn't have to do that, because that incident did not even happen in Clayton County. But due to his caring & character, he made the time & effort to make it happen. As of this day, Mr. Hill still calls & checks on my son from time to time. My son and I will always be grateful & thankful for that.

Mr. Hill also has always been a person that I would consider going over and beyond the call of duty. I myself have personally seen him several times picking up trash off the streets of Clayton County which showed me even more about his character. He and everyone know that he made a big difference in our county. People would often say "Do not go through Clayton County if you are not correct, because Sheriff Victor Hill is not playing"! Just that saying alone shows that people knew that he protected this county. Everyone that I know loves him and we are all sadden that he was no longer our Sheriff. But despite this, we all still call him and say, Sheriff Victor Hill. I will always respect and like him for what he did and do, not only when he was Sheriff in the past, but as a person in general.

I was honored to provide a character reference for Mr. Victor Hill and hope that this shed some light on what an outstanding person he really is. I know that this is a serious matter, and I'm praying & hoping that the court will show leniency to Mr. Hill, considering of how he was outstanding when on call of duty in the community, but mainly him being an outstanding person overall.

Please feel free to contact me if needed for further assistance.

Respectfully,

Ms. Mershon Wheeler

To: The Honorable Eleanor L. Ross
United States District Judge
Northern District of Georgia
United States Courthouse
75 Ted Turner Drive
Atlanta, Georgia 30203

February 18, 2023

Dear Hon. Ross:

My name is Marilyn Owens. I am a residential home housekeeper. I have known Mr. Hill for 16 years and worked for him as his Housekeeper for 7 years. I believe I can speak to Mr. Hill's moral character.

I was both troubled and surprised by this case because I can confirm that Mr. Hill is a person of great integrity with good morals who cares about the people around him and the people of our community. Mr. Hill has always been there for me, my family, and my friends. Especially when a good friend of mine's son got shot and is now paralyzed from his waist down. I told Mr. Hill about the incident when it first happened. And right away, Mr. Hill and his team showed overwhelming support for my friend and her son. They went to their home with a financial Blessing that helped them purchase a special electric wheelchair which was very expensive. They brought clothing and groceries for her and her family. This happened 4 years ago, and Mr. Hill still calls to check on this young man today.

Mr. Hill has always been willing to go above and beyond the call of duty. Mr. Hill in short is a good person that has always been kind and generous to others. He has a strong sense of duty which applies to his job, family, and our community. Throughout the time I have known Mr. Hill, I have had nothing but a positive opinion of him. Not only do I like him I also respect him greatly. For this reason, I was more than honored to provide a character reference and hope that with the info I provided, you understand what an outstanding individual Mr. Hill really is. I understand the seriousness of this matter, and I hope the court will show leniency in consideration based upon his outstanding contributions to the community.

If I can be of further assistance, you can reach me at:

Email - owen7768@att.net
Mobil – 404-454-9745
122 Lakeview Way
Jonesboro Georgia 30328
Ms. Marilyn Owens

Honorable Judge Eleanor Ross

Dear Judge Ross,

I am writing you on behalf of Sheriff Victor Hill upcoming sentencing.
I am a 39 year resident of Clayton County Georgia and a Senior Citizen.  I have known Sheriff Hill for
many years.  I have always felt safe with Sheriff Hill in charge as Sheriff of Clayton County, Sheriff Hill has
always responded to the needs of the citizens of Clayton County night and day, Sheriff Hill always has a
special place in his heart for the seniors and children alike.

I would like to vouch for Sheriff Hills integrity and his sincere love of Clayton County and its Citizens, I
believe he is being unfairly judged by non citizens of Clayton County along with political involvement by
individuals within the power structure of Clayton County.

I pray you will be lenient with our beloved Sheriff Hill.  I have always known Sheriff Hill as a man of God.

I would like you to consider this character letter before passing judgement.

Thank you.

Yours sincerely.
Richard F. DiTroia



**Frosty's, Inc.**

**Ms. Forrest H. Johnson, President/ CFO**
**1321 Revelstoke Cove**
**Riverdale, GA  30296**
**Phone:  404-759-7366**
**Email:  fhjohnson25@icloud.com**

February 7, 2023

TO:  Honorable Judge Elenor Ross
       United States District Court for the
       Northern District of Georgia
       State Capital, Atlanta, GA  30334

Dear Judge Ross,

My name is Ms. Forrest Henderson-Johnson. I served as Chairman, 2008 Citizens SPLOST Committee and currently serve as: President, The Reserve at Lake Ridge Homeowners Association, Inc.,  since June 2006.

Since relocating to GA 2000, I have worked extremely hard to be the change I wanted to see in our State and Clayton County. Victor Hill's hard work and dedication to the Citizens of Clayton County motivate Citizens like me to help / also work hard for our County; he's a Roll Model for all of us who are interested in safety and cleanliness in our County.

Judge Ross, on behalf of myself and our Community, we beg and sincerely ask you to consider the needs in our County for its Citizens to feel once again safe and motivated to do more for the County, regularly seeing Sheriff Cars driving our neighborhoods; a feeling of safety hard to explain.  We don't have that safe feeling anymore.

In Sheriff Victor Hill's absence, Crime is higher, our County and our Community is moving at alarming speed from being safe, clean, and well-kept in any Community, from shootings, break ins to illegal dumping, paper debris all over the Streets and Private Property.  It's not the same County and Criminals feel free to act.

Our Reserve HOA Community are 95% women, many are first time homeowners raising their children while furthering their education to make a difference in our Society.

We believe you sincerely care for All of Georgia. We are respectfully asking you in Faith to please restore our Community's safety with leniency for Sheriff Hill.

Prayerfully,

Ms. Forrest H. Johnson, President
Linda Robinson, Secretary / ACC Chair
The Reserve at Lake Ridge HOA, Inc.
P. O. Box 741341
Riverdale, GA  30296

Dear Judge E. Ross,

I had the pleasure of meeting Victor Hill at a Clayton County Restaurant. There are many placing judgment against him; however the truth be told as a previous Officer that has worked in one of our local jails I can attest to the atroscities which would have occurred without strict supervision.   As an Officer, I have been spat on, feces thrown at me, and I have had to secure individuals (24's) whom took off all of their clothes and put feces on themselves, which I and my fellow officers had to detain and lead to the shower. I have had to break up fights amongst male and female inmates; all while maintaining a stellar position as a professional. I ask those whom do not know or if you are not privy to the information which occurs daily inside of a jail or correctional facility, please do not rush to judgement. if a person has diseases such as Hepatitis, HIV, TB (airborne pathogen) or other communicable diseases and that individual deliberately violated you by spitting or threatening to spit, would you not use the tools that were available to protect yourself and others? Please be mindful, not everyone who works in a jail are law enforcement trained, therefore we as sworn officers must protect and serve at all cost..   Placing inmates in restraint chairs to protect themselves, staff, or others is not inhumane.   I believe Victor Hill did what was necessary to sequester the situation.   "I believe Victor Hill used the minimum amount of force necessary to gain positive control of the situation".   I support Victor Hill and I humbly ask that my input be taken under consideration as I request leniency for him. His tenure as Sheriff for my County was courageous and made a remarkable decrease in the crime ratio. The measure of a man is not in his physical

stature but in the quatifiable differences made in the times of trials. Victor Hill has endured media propganda, public ridicule from some individuals whom know nothing about what it takes to maintain control in troubled times.

Lastly, I charge that all involved stand by the creed set forth within the value statement for Clayton County which states: **"We, the Clayton County Sheriffs Office, in the pursuit of Excellence, Are Dedicated To Dignity With Confidence and Pride in Ourselves, We Strive to Remain Compassionate, Courteous, and to Protect the Rights of All Persons Equally**."

Respectfully Submitted,


Kenyatta Judd

To The Honorable Eleanor Ross

Subject: LETTER OF CHARACTER FOR MR. VICTOR HILL

As a citizen of Clayton County, I am writing this letter of support and personal character reference for Mr. Victor Hill. During the 12 years, that I have known Mr. Hill, I have witnessed his compassion for the district that he served. In my opinion, he is a dependable, responsible and courteous individual.

Mr. Hill served as an outstanding sheriff, always caring for the senior citizens while displaying great integrity.

During his tenure as Sheriff, Clayton County's crime rate, decreased substantially.

Respectfully, and thank you for your time.


Patricia J. Butler

636 North Avenue Unit 10B

Jonesboro, GA 30236

770-603-7204 or (cell) 678-641-9441

February 11, 2023



MAPILLAR DAHN    404-925-4369
11030 GENOVA TERRACE    MAPILLAR@MYTHREESICKLERS.ORG
HAMPTON, GA 30228    WWW.MYTHREESICKLERS.ORG

# MTS
### SICKLE CELL FOUNDATION, INC.

## CHARACTER REFEREENCE LETTER
# SHERIFF VICTOR HILL

February 9, 2023

Honorable Eleanor L. Ross

United States District Judge

1788 Richard B. Russell Federal Building and United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Honorable Judge Ross,

My name is Mapillar Dahn and I, my three daughters, and mother are proud residents of Clayton County. I am also the Founder and CEO of MTS Sickle Cell Foundation, a Clayton County based national nonprofit organization working to raise awareness, support, and sensitivity surrounding Sickle Cell Disease.  I am also honored to serve as the Chair of the Clayton County Library Board of Trustees, the governing body of the Clayton County Library System.

I write to you, however, in my capacity as an ordinary citizen of Clayton County to request leniency on behalf of our Retired Sheriff Victor Hill.

As a single mother of 3 children with Sickle Cell Disease and the daughter of a mother with health issues, I can say that our family has always felt safe knowing that Sheriff Hill was protecting the streets of our County. He was a hands on Sheriff that went out on calls and in my opinion deterred bad agents from causing mayhem in our County.

We are an immigrant family who fled decades of civil war in our native country of Liberia,

so living in a County were crime was relatively low, contributed greatly to healing from the traumatic experiences we were exposed to in Liberia. For a family like ours, safety was our number one reason for choosing to live in Clayton County and Sheriff Hill was a huge part of our reason to live, work, and make the County better for our children.

As you decide on Sheriff Victor Hill's future, I pray that this letter serves as a positive factor in you showing him grace and leniency.

Sincerely,

Mapillar Dahn
Ten Year Resident
Clayton County, Georgia





**New Faith Christian Church, Inc.**
Bishop Eusebio D. Phelps, Sr. & Lady Laurona Phelps

February 27, 2023

Judge Elenor Ross
75 Spring St
Atlanta GA 30303

REF: Sheriff Victor Hill

Dear Your Honor,

I hope this letter finds you in good health and that you are doing well. My name is Bishop Eusebio Phelps, I am the senior pastor of New Faith Christian Church and the Presiding Bishop of the International Fellowship of Christian Churches. I'm writing this letter on behalf of Sheriff Victor Hill. Your Honor, Victor Hill is a man that loves God, loves his family, loves his friends and loves his community. He is someone that I consider a friend and a brother. I have seen his love for the community personally, one day when we both were at a Quik Trip gas station on Riverdale Rd, a man pulled up playing loud music laced with vulgar profanity. The Sheriff immediately walked up to the gentleman and advised him that he was breaking the law as it relates to the noise ordinance and asked him to turn down his music. I don't believe any other Sheriff would have gotten involved with that themselves, Clayton County was a much better safer place when he was on the job. Victor Hill is a fair man. I can remember reaching out to him on Facebook because my nephew had been arrested in Gwinnett County for a bench warrant out of Clayton County. I called the Sheriff because Gwinnett County told my nephew it would be three days before he would be transferred to Clayton County so he could go before a judge to get a bond for the bench warrant, the bench warrant was for missing court on a traffic citation. What did the Sheriff do? Sheriff Hill had one of his deputies drive to Gwinnett County to pick up my nephew that very same day. Victor Hill is a fair man but he's not perfect just as none of us are. He's not perfect but he is not a criminal and I do not believe he should serve time in prison for the charges that he's been found guilty of. Victor Hill isn't a murderer, he's not some gangster, he's not a bank robber or terrorist, he's not a pedophile or rapist, he's none of those people that most certainly belong behind bars. Victor Hill is a law man. He believes in the rule of law. He is a defender of the United States Constitution and I believe if he had known the use of restraint chairs were against the law he never would have used them.

Your Honor, I could go on and on about Sheriff Hill however I realize short letters are more likely to be read. I'm asking that when you sentence him that you will go below the guidelines which is in your power to do and sentence him to probation. He has already been punished. He has lost his career. He has lost his civil liberties. He has lost his status as a Sheriff. How much more does he have to lose or better yet how much more should he lose when everything has already been taken? Our justice system isn't fair in every instance and I've seen the unfairness in our justice system with my own eyes. I believe in justice, I believe in paying our debt to society however as a Bishop, as a man of faith, I also believe in redemption, grace and mercy. I asking you Your Honor, that you extend to my friend and my brother Victor Hill grace and mercy when you impose sentence upon him by sentencing him to probation. Thank you for your time.

In His Service,

+ Eusebio Phelps

Bishop Eusebio D. Phelps, Sr.

Atlanta ♦ Stockbridge ♦ Macon ♦ Mableton
396 Eagles Landing, Stockbridge, Georgia 30281

Letter on Behalf of Victor Hill

Date:   February 18, 2023

The Honorable Eleanor L. Ross
United States District Judge
Norther District of Georgia
United States Courthouse
75 Ted Turner Drive
Atlanta, Georgia 30303

We have known Victor for over four years and have visited him at his home. Always with a warm friendly open greeting socially, Acquainted with Victor along Marilyn Owens, a mutual friend.

I witnessed Victor take his own personal time to work with different youngsters in the community, including my grandson. As, we are all always dealing with so many differing factors it was quite impressive for Victor to dedicate his time to be a mentor and provide guidance to others, unselfishly.

Victor's commitment to his community was further exemplified as he was one of the first to volunteer to the youth initiative; Fresh Koncepts

Victor's passion for improving the community may have lead him to the uncharacteristic actions for which he is charged.

Thanking the Court in advance for taking the time to consider our letter per Victor. If necessary, willing to further to discuss Victor in more detail.

Joe Jones
Business Consultant....Project Manager

*Joe Jones*    216 450 7228

To: The Honorable Eleanor L. Ross
    United States District Judge
    Northern District of Georgia
    United States Courthouse
    75 Ted Turner Drive
    Atlanta Georgia 30203

Date: March 7, 2023

Dear Hon. Ross,

        My name is Dr. Kameron Stevenson, and I am writing this letter on behalf of my friend and my Masonic brother Mr. Victor Hill.

I have been friends with Mr. Hill for 14 years. I have been a resident of Clayton County for more than 30 years. I am a radio personality for WIGO Radio station. One of the first Black radio stations in Atlanta. I'm also the founder and CEO of Fresh Koncepts mentoring Superheroes of Tomorrow Program. Our program has been mentoring children in Clayton County schools for over 20 years. One of our programs that is dear to my heart is our reading program. We asked volunteers to come out to our schools and read stories to the children. One of our first schools was Riverdale Middle School and that is where I first met Mr. Hill. He was one of our first volunteers to read to the children. I also worked on other projects with Mr. Hill along with Angela and Brian Cosby who introduced me to Mr. Hill.

Mr. Hill has always shown outstanding support in every event and every program my radio station has hosted for our community. Mr. Hills' involvement has been a positive influence on our community and a great influencer on me personally. I have always known him to be a good human being. A man of high standers and good morals. I will always appreciate his taking the time to work with our Radio Station. He has been a tremendous help by participating in our programs and events. Our programs have been very successful in helping thousands of children, and Mr. Hill played a major role.

In my 30 years of being in Radio, for the betterment of working with former Sherriff Hill, I just want to acknowledge the time and effort that he spent giving back by being a positive influence in our Clayton County community.

It is my sincere hope the court will consider this letter at the time of sentencing. Despite the current case, I still believe Mr. Hill to be an outstanding and honorable individual and a valuable member of our community.

If there is any further information that you may need, please feel free to contact me at:

        Dr. Kameron Stevenson/ CEO of Fresh Koncepts Mentoring
        422 Connell Rd apt# A4
        Valdosta Georgia 31602 Email: radiokam@gmail

*DR Willm K Stevenson*

February 7, 2023

Honorable Judge Eleanor L. Ross
1788 Richard B. Russell Federal Building and
 States Courthouse Court Room 1708 Chambers 1788
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3309

Dear Judge Ross,

I am writing this letter to ask for leniency for our former Sheriff Victor Hill.  I am a 65 year old native Georgian, and a 22 years resident of Clayton County.  Sheriff Hill is beloved by the residents of Clayton County as we have elected him many times because he kept the crime down in Clayton County.  Since his removal by the Governor and his conviction the crime in Clayton County has exploded.

Judge Ross, please know that Victor's heart is for the people of Clayton County.  Sheriff Hill tried to help the citizens of Clayton County feel safe from criminals and people who try to use Clayton County as a dumping ground for bad actors—gangs, drugs, sex crimes, etc.

Your Honor, Sheriff Hill is a good man who made a mistake, but please don't sentence him to prison to serve with criminals he has locked up.  It would be a death sentence.  Don't let this one mistake be his legacy because Victor Hill did a lot of good for Clayton County.  Our county has been marginalized repeatedly over the years.  I beg of you Judge Ross to please have mercy in Sheriff Hill's case because the people he served in Clayton County believe in him; and we think his entire record of service should be viewed more heavily than this mistake.

Thank you, your Honor.

Prayerfully and Respectfully,


Rose Jackson

**Character Reference Letter for Federal Court Sentencing**

**From,**

**William C Russaw**

**8916 Crestmont Drive**

**Jonesboro Georgia. 30238**

**Date: 02-09-2023**

**To,**

**Judge, Eleanor Ross**

**2211 U.S. Courthouse 75 Ted Turner Drive**

**Atlanta Georgia. 30303**

**Subject: Clayton County Georgia Sheriff Victor Hill Federal Court Sentencing**

Dear Judge Eleanor Ross

I have lived in Clayton County Georgia for 47 years I am writing this letter on behalf of Sheriff Victor Hill, and share a close bond of friend of more than fifteen years, he has always been responsible and focused. Sherriff Hill is well respected as a Law Enforcement Officer; and conveyed to me about his decisions and the shortfall of judgment and assured me that he will be addressing issue from the bottom. I believe he will improve from his deeds; the counseling that is receiving will surely guide him in the right path and help gain his name in the community. With Sheriff Hill exhibiting positive attitude and tenacious behavior, it is not a doubt that he excel in correcting his mistake in a constructive way. I really hope that this letter corresponding to Sheriff Hill case acts as an effective and helpful aspect during court's decision about this case.

Sincerely,

William C Russaw

February 8, 2023

The Honorable
Judge Eleanor Ross
United States District Court

Re: Sheriff Victor Hill

I have known Victor Hill for years during my appointment as Associate Pastor at Living Faith Tabernacle, Forest Park, GA. Victor Hill occasionally attended our church services and always had a pleasant and caring spirit. He attended our community events and engaged with the community. He cared about our community and I miss his work in the community.

I also lived in Clayton County for 10 years and did not see any improvement in the county until Sheriff Victor Hill was in position. He cared about a safe community.

I am saddened to know that this good and caring man is being tried. Please let me know if I can be of any further assistance.

Most sincerely,

Vincent & Angela Batemon
124 Lumby Lane
Stockbridge, GA 30281

February 10, 2023

The Honorable
Judge Eleanor Ross
United States District Court

Re: Sheriff Victor Hill

Dear Honorable Ross,

My name is Rosemary White, I live in Forest Park, Georgia. I just would like to let you know when my first encounter with Victor Hill was very unpleasant not because he did anything to me but I was strung out on crack and he was doing his job but he was also interfering with my job as getting high but I thank him so much. I thank him and I know people may say then I'm sucking up to him but no. What I'm doing is acknowledging that this person is human and entitled to be forgiven on things. I love Victor Hill and I always made it a point to go to his office and pray with him and ask God to cover him and keep him safe. I also put my two grandkids through his Scared Straight. I know a lot of things that he had done wasn't easy, wasn't pleasant, but one thing I can say is Victor Hill did not play. I still have two of his signs in my yard. I still have them because I love what he stood for. He protected the elders, he protected the defenseless, and children. It may not have been up to your taste but he did a good job and Clayton County knew that when he was on post as the crime stopper. I appreciate him and I thank him because I don't do drugs anymore, I'm serving Jesus Christ and I pray that you would look at the great things he's done for the community. If nobody ever writes a letter and showing him how much they appreciate him, I will because I do appreciate him. I didn't have to worry about anything, when Victor Hill came through my neighborhood, it was a good cause. We felt comfortable, as you get older you need security and he was our great security guy and I won't ever forget it and I will always tell him thank you and I will always continue to pray for him. I asked the court to consider how Victor Hill made a big change in Clayton County. .

May God Bless you.

Sincerely yours,

Rosemary White
389 2nd Street
Forest Park, GA 30297

Ms. Rae James
536 Kimberwick Drive
Hampton, Georgia 30228

Honorable Eleanor L. Ross
1788 Richard B. Russell Federal Building and
State Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

February 14, 2023

Dear Judge Ross:

I am a former HOA President, coming before you, in print, to share what Victor Hill has meant to our community.  Without Victor on the streets serving communities, Senior citizens, such as I, feel less safe.  Mercy and consideration are respectfully requested as sentencing is applied to our beloved son.  Oprah asks, "What we know for sure?" I know for sure that Victor Hill loves Clayton County.

Encapsulating the care and concern Victor has given Clayton County and specifically Northbridge Estates Homeowners' Association is impossible.  Allow the truncation of the service we received from Community Servant, Sheriff Hill who was consistently open, available and responsive to our needs.

- Victor attended our Community Events and provided Tours of the Sheriff's Department and jail; hiding nothing from our view and allowing us to see and experience the environment he created, which was organized and respectful.  The environment taught discipline and respect for others.

- Annually, between Thanksgivings and New Year's to reduce the likelihood of robberies, Victor called for "Community Blitzes".  During these multiple-day events, several residents with outstanding Warrants were captured.  Since losing Victor, these events have not occurred and crime has increased in our community per Sheriff and Police data.

- When we experienced car break-ins, Victor helped our residents feel comfortable enough to speak up; knowing he would act. Young men in the community were arrested. Strikingly, we did not have car break-ins for YEARS! With Victor gone, the break-ins are back.

- When our Pool House was vandalized, Victor obtained the Georgia Bureau of Investigation to canvas the scene.  Later, the vandalism incident was connected to young men who were breaking into homes in our community and neighboring communities.  Victor delivered results we could feel and see.  This is the reason his absence is so painful to so many.

- Pool seasons are extremely difficult on communities.  Victor *consistently* provided personnel and "dummy vehicles" to curb and deter issues at our community pool.  He visited our pool routinely to let folks know he was watching out for us.  Victor took the time to talk to young people during those visits and it impacted their behaviors in our neighborhood.

- Victor left no question about his position on drugs in Clayton County neighborhoods and provided avenues for citizens to seek support.  Victor took what was happening to us to heart and did not simply provide us with words without following up with action.
- Many leaders from diverse communities were allowed to have the cell phone number for Victor with assurance that calling would result in answers, return calls or texts; letting us know Victor was with us.
- When our community was repeatedly plagued by a challenging homeowner and her violent husband, who pistol-whipped a neighborhood teenager, Victor was instrumental in making sure what happened inside that household did not continue to spill into the community.  I personally took a community letter from fearful residents to Victor.  The couple was persuaded to refrain from harming and harassing others through application of the law that included Clayton County jail time. The offending couple now resides quietly among us.

These are just some of the many reasons our loss is great and our hearts are heavy.  Judge Ross, please be merciful in your judgment, assessment and sentencing of the man who made us his priority.

Sincerely,

"Ms. Rae" James

Jerome Keith Hill

2575 NW 49th Avenue, Apt. 207

Fort Lauderdale, FL 33313

Jkhill29@yahoo.com

February 7, 2023

RE: Victor Keith Hill, Jr.

To The Honorable Judge Eleanor Ross,

I am writing on behalf of my big brother, Victor Hill, who I have known as "Keith" my entire life. I want to share a glimpse of the authentic and genuine presence of Keith, who he truly is, away from the public domain. Many years ago, Keith came to visit me, a young impressionable teenager, who marveled at his older brother being a police officer in Charleston, South Carolina. Back in those days, there weren't many heroes walking around in my community that looked like him or had the courage to be a police officer. It was a social norm frowned upon by many where I grew up. As he ascended through the ranks and I got older, our discussions evolved into my budding desire to follow him in law enforcement. On one fateful day, I witnessed one example, of many more to come, that showed Keith's principles.

I came to visit Keith in Atlanta, Georgia, and as any good big brother would do, he showed me around the city. While walking on the sidewalk of a skyscraper, a man began screaming for help as a scaffold collapsed nearly thirty yards above our heads. The man clung on to all he could while the wind blew the safety ropes in all directions. Keith quickly ran to grab the safety ropes to stabilize the situation and help assist the window washer from banging up against the windows. I fixated my eyes on watching the window washer struggle against the assault of the wind, the window, and, moreover, the menacing scaffold ready to strike him. Keith yelled over to me to help him secure a rope to the far-left side and to stay put. Keith was able to call the local authorities to assist the window washer to safety. Unbeknownst to me, that same menacing scaffold was in danger of falling unto Keith. I was inspired that day into public service and never looked back.

I began my career in law enforcement and quickly learned elements in enforcing the law and managing the fabric of society's hardships, one call at a time, are daunting, dangerous, and wrought with deteriorating civic standards. I have seen Keith feed the homeless, change lives, address blight in Clayton County, and lastly, save lives.

Keith has suffered an exacting toll that has stripped him of his livelihood, which he will never be able to attain again in life; a love that he shared since he was a child. Yet, through this pain, he has offered extraordinary guidance, perspective, and courage to redeem himself.

It is my sincere hope the court takes this letter of reflection into consideration at the time of sentencing. Thank you, Your Honor, for any consideration in this matter, and if I can be of any service to the court, it will be my humble honor.


Respectfully,

*Jerome Hill*

Jerome Keith Hill