# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

March 17, 2023

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

      **Re:**     **United States of America v. Victor Hill**
             **USDC Criminal No. 1:21-cr-143-ELR-CCB-1**

    Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| _____ | Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| **X** | **Appeal fees HAVE been paid. (Receipt# AGANDC-12466052)** |
| _____ | Certified copy of order appointing Federal Defender Program enclosed. |
| _____ | Certified copy of CJA order appointing counsel enclosed. |
| _____ | Appellant has been forwarded an application to proceed IFP. |
| _____ | Appellant has been   leave to appeal IFP, copy of order enclosed. |
| _____ | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Eleanor L. Ross.** |
| _____ | Other: . |

The enclosed certified,   record on appeal consists of:

| | | | |
|---|---|---|---|
| _____ | Volume(s) of pleadings | _____ | Envelope(s) |
| _____ | Volume(s) of transcripts. | _____ | PSI enclosed. (SEALED) |

Sincerely,

Kevin P. Weimer
Clerk of Court

By:    /s/P. McClam
Deputy Clerk

Enclosures