APPEAL,AVEXH,CLOSED,CertRdyTrl,EXH,MEDIUM

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00143−ELR−CCB</u>−1

Case title: USA v. Hill

Date Filed: 04/19/2021

Date Terminated: 03/15/2023

Assigned to: Judge Eleanor L. Ross
Referred to: Magistrate Judge Christopher C. Bly

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Victor Hill**<br>*TERMINATED: 03/15/2023* | represented by | **Arthur Louis Aidala**<br>Law Offices of Aidala, Bertuna & Kamins, P.C.<br>546 5th Avenue<br>New York, NY 10036<br>212−486−0011<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Drew Findling**
The Findling Law Firm, P.C.
The Towers at Piedmont Center
3575 Piedmont Rd., N.E.
Tower 15, Suite 1010
Atlanta, GA 30305
404−460−4500
Fax: 404−460−4501
Email: drew@findlinglawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lynsey Morris Barron**
Barron Law LLC
3104 Briarcliff Road
P.O. Box 29964
Atlanta, GA 30359
404−276−3261
Email: lynsey@barron.law
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marissa Helene Goldberg**

The Findling Law Firm, P.C.
3575 Piedmont Road, N.E.
Suite 1010
Atlanta, GA 30305
404–460–4500
Fax: 404–460–4501
Email: marissa@findlinglawfirm.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:242 – DEPRIVE CIVIL RIGHTS (1–4) | Dismissed following Second Superseding Indictment |
| 18:242 DEPRIVE CIVIL RIGHTS (1s–5s) | Dismissed following Second Superseding Indictment |
| 18:242 DEPRIVE CIVIL RIGHTS (1ss–4ss) | IMPRISONMENT: Eighteen (18) Months, concurrent with counts 6ss–7ss. SUPERVISED RELEASE: Three (3) years, concurrent with counts 6ss–7ss with standard, special, and mandatory conditions. Special Assessment fee of $600.00 |
| 18:242 DEPRIVE CIVIL RIGHTS (6ss–7ss) | IMPRISONMENT: Eighteen (18) Months, concurrent with counts 1ss–4ss. SUPERVISED RELEASE: Three (3) years, concurrent with counts 1ss–4ss with standard, special, and mandatory conditions. Special Assessment fee of $600.00 |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:242 DEPRIVE CIVIL RIGHTS (5ss) | Not guilty jury verdict 10/26/2022 |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                   represented by  **Brent A. Gray**
                                                          Office of the United States
                                                          Attorney–ATL600
                                                          Northern District of Georgia
                                                          600 United States Courthouse
                                                          75 Ted Turner Dr., S.W.
                                                          Atlanta, GA 30303
                                                          404–581–6077
                                                          Email: brent.gray@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

                                                          **Bret Reed Hobson**
                                                          Office of the United States
                                                          Attorney–ATL600
                                                          Northern District of Georgia
                                                          600 United States Courthouse
                                                          75 Ted Turner Dr., S.W.
                                                          Atlanta, GA 30303
                                                          404–581–6000
                                                          Fax: 404–581–6181
                                                          Email: bret.hobson@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/19/2021 | 1 | | INDICTMENT as to Victor Hill (1) count(s) 1–4. (ddm) (Entered: 04/20/2021) |
| 04/19/2021 | 2 | | MOTION to Seal Indictment filed by USA as to Victor Hill. (ddm) (Entered: 04/20/2021) |
| 04/19/2021 | 3 | | ORDER granting 2 MOTION to Seal Indictment filed by USA as to Victor Hill. Signed by Magistrate Judge Catherine M. Salinas on 4/19/2021. (ddm) (Entered: 04/20/2021) |
| 04/19/2021 | 4 | | Defendant Information Sheet as to Victor Hill. (ddm) (Entered: 04/20/2021) |
| 04/19/2021 | 5 | | Praecipe filed. Arrest Warrant Issued and delivered to USMS on 4/19/2021 as to Victor Hill. (ddm) (Entered: 04/20/2021) |
| 04/20/2021 | 6 | | ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act. Signed by Judge Thomas W. Thrash, Jr. on 03/09/2021. (ddm) (Entered: 04/20/2021) |
| 04/26/2021 | 7 | | MOTION to Unseal Indictment by USA as to Victor Hill. (jpa) (Entered: 04/27/2021) |
| 04/26/2021 | 8 | | ORDER granting 7 Motion to Unseal Indictment as to Victor Hill (1).. Signed by Magistrate Judge Russell G. Vineyard on 4/26/21. (jpa) (Entered: 04/27/2021) |
| 04/27/2021 | | | Case as to Victor Hill Assigned to Judge Eleanor L. Ross and Magistrate Judge Christopher C. Bly. (adg) (Entered: 04/28/2021) |

| 04/27/2021 | 9 | | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: INITIAL APPEARANCE, ARRAIGNMENT and Bond Hearing as to Victor Hill (1). PLEA of NOT GUILTY as to Counts 1–4, Estimated Trial Time–Medium. Bond set at $50,000.00. Added attorney Drew Findling for Victor Hill. Bond filed, defendant released. (Attachments: # 1 Plea (with counsel)) (Tape #FTR) (adg) (Entered: 04/28/2021) |
| 04/27/2021 | 10 | | ORDER Pursuant to the Due Process Protections Act as to Victor Hill. By Magistrate Judge Russell G. Vineyard on 4/27/2021. (adg) (Entered: 04/28/2021) |
| 04/27/2021 | 11 | | Unsecured Bond Entered as to Victor Hill in amount of $ 50,000.00. (adg) (Entered: 04/28/2021) |
| 04/27/2021 | 12 | | ORDER Setting Conditions of Release as to Victor Hill. Signed by Magistrate Judge Russell G. Vineyard on 4/27/2021. (adg) (Entered: 04/28/2021) |
| 04/28/2021 | 13 | | PRETRIAL SCHEDULING ORDER as to Victor Hill. Pretrial Conference set for 5/13/2021 at 10:30 AM via Zoom before Magistrate Judge Christopher C. Bly. Pretrial motions shall be due on or before May 11, 2021. Signed by Magistrate Judge Christopher C. Bly on 4/28/2021. (jpk) (Entered: 04/28/2021) |
| 04/29/2021 | 14 | | Arrest Warrant Returned Executed on 4/27/2021 as to Victor Hill. 41909509 (jpk) (Entered: 05/03/2021) |
| 05/10/2021 | 15 | | Unopposed MOTION to Continue the pretrial conference and for additional time to file pretrial motions by Victor Hill. (Attachments: # 1 Text of Proposed Order) (Goldberg, Marissa) (Entered: 05/10/2021) |
| 05/11/2021 | 16 | | ORDER granting 15 Motion for Continuance of Pretrial Conference and for additional time to file pretrial motions as to Victor Hill. The Court will afford Defendant until July 12, 2021, to file pretrial motions followed by a subsequent pretrial conference scheduled for Wednesday, July 14, 2021, at 9:30 A.M. The pretrial conference will be conducted by video using the Zoom platform. IT IS HEREBY ORDERED that the period between the date of the motion to continue, May 10, 2021, and the date of the pretrial conference, July 14, 2021, shall be excluded pursuant to the Speedy Trial Act. Signed by Magistrate Judge Christopher C. Bly on 5/11/2021. (jpk) (Entered: 05/11/2021) |
| 05/25/2021 | 17 | | Notice for Leave of Absence for the following date(s): June 28, 2021 to July 2, 2021 and from July 19, 2021 to July 23, 2021, by Bret Reed Hobson. (Hobson, Bret) Modified on 5/26/2021 to edit dates (jpk). (Entered: 05/25/2021) |
| 05/26/2021 | | | MINUTE ORDER APPROVING Bret Hobson's leave request for the following dates: June 28, 2021 to July 2, 2021 and July 19, 2021 to July 23, 2021, but only as to court appearances in this case before Magistrate Judge Bly. The leave of absence is not applicable to any court appearance in this case before the District Judge, as to which leave of absence must be separately applied for and obtained. Nor does the leave of absence cover any other deadlines or filings in this case required by or imposed by court order, local rule, operation of law, statute, applicable rule of procedure, or agreement of counsel. Those deadlines or requirements shall remain in full force and effect during any excused absence at court appearances. The Court finds that due to the unavailability of counsel, the ends of justice in having continuity of counsel and to allow time for effective preparation, taking into account the exercise of due diligence, outweigh the best interests of the public and defendant in a speedy trial, and the Clerk is directed to exclude the time of leave of absence pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Ordered by Magistrate Judge Christopher C. Bly on 5/26/21. (jtj) (Entered: 05/26/2021) |
| 06/16/2021 | 18 | | Request for Leave of Absence for the following date(s): 07/23/2021,08/16–20/2021,08/23–24/2021,09/02–03/2021,09/06–08/2021,12/20–24/2021, 12/27–31/2021, by Drew Findling. (Findling, Drew) (Entered: 06/16/2021) |

| 06/17/2021 | | | MINUTE ORDER APPROVING Drew Findling's leave request for the following dates: 7/23/2021, 8/16 – 20/2021, 8/23 – 24/2021, 9/02 – 03/2021, 9/06 – 08/2021, 12/20 – 24/2021, and 12/27 – 31/2021, but only as to court appearances in this case before Magistrate Judge Bly. The leave of absence is not applicable to any court appearance in this case before the District Judge, as to which leave of absence must be separately applied for and obtained. Nor does the leave of absence cover any other deadlines or filings in this case required by or imposed by court order, local rule, operation of law, statute, applicable rule of procedure, or agreement of counsel. Those deadlines or requirements shall remain in full force and effect during any excused absence at court appearances. The Court finds that due to the unavailability of counsel, the ends of justice in having continuity of counsel and to allow time for effective preparation, taking into account the exercise of due diligence, outweigh the best interests of the public and defendant in a speedy trial, and the Clerk is directed to exclude the time of leave of absence pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Ordered by Magistrate Judge Christopher C. Bly on 6/17/2021. (jtj) (Entered: 06/17/2021) |
| 07/12/2021 | 19 | | NOTICE OF ATTORNEY APPEARANCE: Lynsey Morris Barron appearing on behalf of Victor Hill (Barron, Lynsey) (Entered: 07/12/2021) |
| 07/12/2021 | 20 | | MOTION to Dismiss Indictment and MOTION for Oral Argument with Brief In Support by Victor Hill. (Barron, Lynsey). Added MOTION for Hearing on 7/13/2021 (jpk). Modified on 7/13/2021 to edit text (jpk). (Entered: 07/12/2021) |
| 07/12/2021 | 21 | | MOTION for Bill of Particulars with Brief In Support by Victor Hill. (Barron, Lynsey) (Entered: 07/12/2021) |
| 07/14/2021 | 22 | | Minute Entry for proceedings held before Magistrate Judge Christopher C. Bly: Pretrial Conference held as to Victor Hill. The Court held a pretrial conference to discuss Defendant's pending motions. The Court will afford the Government until July 30, 2021 to advise the Court if it intends to supersede the indictment. The Court will set a briefing schedule after the Government has notified the Court of its decision. (Tape #Zoomgov.com) (jpk) (Entered: 07/14/2021) |
| 07/20/2021 | 23 | | Request for Leave of Absence for the following date(s): 09/13/2021–12/13/2021, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 07/20/2021) |
| 07/21/2021 | | | MINUTE ORDER APPROVING Marissa Goldberg's leave request for the following dates: 9/13/21 – 12/13/21, but only as to court appearances in this case before Magistrate Judge Bly. The leave of absence is not applicable to any court appearance in this case before the District Judge, as to which leave of absence must be separately applied for and obtained. Nor does the leave of absence cover any other deadlines or filings in this case required by or imposed by court order, local rule, operation of law, statute, applicable rule of procedure, or agreement of counsel. Those deadlines or requirements shall remain in full force and effect during any excused absence at court appearances. The Court finds that due to the unavailability of counsel, the ends of justice in having continuity of counsel and to allow time for effective preparation, taking into account the exercise of due diligence, outweigh the best interests of the public and defendant in a speedy trial, and the Clerk is directed to exclude the time of leave of absence pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Ordered by Magistrate Judge Christopher C. Bly on 7/21/2021. (jtj) (Entered: 07/21/2021) |
| 07/29/2021 | 24 | | SUPERSEDING INDICTMENT as to Victor Hill (1) count(s) 1s–5s. (jpk) (Entered: 07/30/2021) |
| 07/29/2021 | 25 | | Defendant Information Sheet as to Victor Hill. (jpk) (Entered: 07/30/2021) |
| 07/29/2021 | 26 | | Request for Arraignment as to Victor Hill. (jpk) (Entered: 07/30/2021) |
| 07/29/2021 | 27 | | Summons Issued as to Victor Hill Arraignment set for 8/5/2021 at 10:00 AM in ATLA Courtroom 1810 before Magistrate Judge Linda T. Walker. (jpk) (Entered: 07/30/2021) |
| 08/05/2021 | 28 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: ARRAIGNMENT with a PLEA of NOT GUILTY by Victor Hill as to Count 1s–5s. (Tape #FTR GOLD) (jpk) (Entered: 08/05/2021) |
| 08/05/2021 | 29 | | Defendant's Entry of a Plea of Not Guilty and Waiver of Appearance at Arraignment by Victor Hill (jpk) (Entered: 08/05/2021) |
| 08/09/2021 | 30 | | ORDER as to Victor Hill: The parties have advised the Court that Defendant requests 14 days to revise the motions that he has already filed and to make the decision about whether to file additional motions. The Government requests 30 days to respond to the motions and that Defendant have 14 days from the Government's response to file a reply. The Court GRANTS that request and will afford Defendant through and including August 19, 2021, to perfect and/or file pretrial motions. The Government shall file a response on or before September 20, 2021, and Defendant shall have through and including October 4, 2021 to file a reply. IT IS HEREBY ORDERED that the period between the date of this order and the conclusion of the briefing schedule, October 4, 2021, shall be excluded pursuant to the Speedy Trial Act. Signed by Magistrate Judge Christopher C. Bly on 8/9/2021. (jpk) (Entered: 08/09/2021) |
| 08/11/2021 | 31 | | Request for Leave of Absence for the following date(s): 09/28–29/2021,12/20–24/2021,12/27–31/2021,06/06–10/2022,06/13–17/2022,06/20–24/2022, 06/27–30/2022,07/01/2022,07/05–08/2022, by Drew Findling. (Findling, Drew) (Entered: 08/11/2021) |
| 08/13/2021 | | | MINUTE ORDER APPROVING Drew Findling's leave request for the following dates: 9/28 – 29/2021, 12/20 – 24/2021, 12/27 – 31/2021, 6/06 – 10/2022, 6/13 – 17/2022, 06/20 – 24/2022, 6/27 – 30/2022, 7/01/2022, 7/05 – 08/2022, but only as to court appearances in this case before Magistrate Judge Bly. The leave of absence is not applicable to any court appearance in this case before the District Judge, as to which leave of absence must be separately applied for and obtained. Nor does the leave of absence cover any other deadlines or filings in this case required by or imposed by court order, local rule, operation of law, statute, applicable rule of procedure, or agreement of counsel. Those deadlines or requirements shall remain in full force and effect during any excused absence at court appearances. The Court finds that due to the unavailability of counsel, the ends of justice in having continuity of counsel and to allow time for effective preparation, taking into account the exercise of due diligence, outweigh the best interests of the public and defendant in a speedy trial, and the Clerk is directed to exclude the time of leave of absence pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Ordered by Magistrate Judge Christopher C. Bly on 8/13/2021. (jtj) (Entered: 08/13/2021) |
| 08/19/2021 | 32 | | Amended MOTION for Bill of Particulars by Victor Hill. (Barron, Lynsey) (Entered: 08/19/2021) |
| 08/19/2021 | 33 | | Amended MOTION to Dismiss Indictment, MOTION to Strike Surplusage, and MOTION for Oral Argument by Victor Hill. (Goldberg, Marissa). Added MOTION to Strike, MOTION for Hearing on 8/20/2021 (jpk). Modified on 8/20/2021 to edit text (jpk). (Entered: 08/19/2021) |
| 09/20/2021 | 34 | | MOTION for Leave to File Excess Pages to Respond to Defendant's Pretrial Motions in One Consolidated Response by USA as to Victor Hill. (Hobson, Bret) (Entered: 09/20/2021) |
| 09/20/2021 | 35 | | RESPONSE in Opposition as to Victor Hill filed by USA re 33 Amended MOTION to Dismiss Indictment, MOTION to Strike Surplusage, and MOTION for Oral Argument, 32 Amended MOTION for Bill of Particulars (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hobson, Bret) (Entered: 09/20/2021) |
| 09/21/2021 | 36 | | MINUTE ORDER: The Government has filed an unopposed motion to extend the page–limit for its consolidated response to Defendant's motions. (Doc. 34.) The Government's motion is GRANTED and it's response filed at Doc. 35 is deemed properly filed. Ordered by Magistrate Judge Christopher |

| | | | |
|---|---|---|---|
| | | | C. Bly on 9/21/2021. (jtj) (Entered: 09/21/2021) |
| 09/23/2021 | 37 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 35 Response in Opposition, by Victor Hill. (Barron, Lynsey) (Entered: 09/23/2021) |
| 09/27/2021 | 38 | | ORDER granting 37 Motion for Extension of Time to File Response/Reply as to Victor Hill (1). The Court will afford Defendant through and including October 11, 2021, to file his reply brief to the Government's response in opposition. The period between the date of Defendant's motion for extension of time to file a reply, September 23, 2021, and the new deadline for Defendant to file his reply brief, October 11, 2021, shall be excluded pursuant to the Speedy Trial Act. Signed by Magistrate Judge Christopher C. Bly on 9/27/21. (rlh) (Entered: 09/27/2021) |
| 10/11/2021 | 39 | | REPLY TO RESPONSE to Motion as to Victor Hill filed by Victor Hill re: 20 MOTION to Dismiss Indictment and MOTION for Oral Argument, 21 MOTION for Bill of Particulars , 33 Amended MOTION to Dismiss Indictment, MOTION to Strike Surplusage, and MOTION for Oral Argument, 32 Amended MOTION for Bill of Particulars (Barron, Lynsey) (Entered: 10/11/2021) |
| 10/26/2021 | 40 | | ORDER GRANTING 20 and 33 Defendant's motion for oral argument regarding his motion to dismiss the indictment. Oral Arguments are scheduled for Monday, 11/29/2021 at 1:00 PM in ATLA Courtroom 2008 before Magistrate Judge Christopher C. Bly. Signed by Magistrate Judge Christopher C. Bly on 10/26/2021. (jtj) (Entered: 10/26/2021) |
| 11/04/2021 | 41 | | NOTICE *of Supplemental Authority* as to Victor Hill re 39 Reply to Response, 20 MOTION to Dismiss Indictment and MOTION for Oral Argument, 33 Amended MOTION to Dismiss Indictment, MOTION to Strike Surplusage, and MOTION for Oral Argument (Attachments: # 1 Exhibit, # 2 Exhibit)(Barron, Lynsey) (Entered: 11/04/2021) |
| 11/16/2021 | 42 | | Notice for Leave of Absence for the following date(s): 12/7/2021 – 12/13/2021, 1/12/2022 – 1/19/2022, 2/11/2022 – 2/21/2022, 6/10/2022 – 6/24/2022, 6/30/2022 – 7/7/2022, and 9/1/2022 – 9/9/2022, by Brent A. Gray. (Gray, Brent) (Entered: 11/16/2021) |
| 11/18/2021 | | | MINUTE ORDER APPROVING Brent Gray's leave request for the following dates: December 7, 2021 through December 13, 2021; January 12, 2022 through January 19, 2022; February 11, 2022 through February 21, 2022; June 10, 2022 through June 24, 2022; June 30, 2022 through July 7, 2022; and September 1, 2022 through September 9, 2022, but only as to court appearances in this case before Magistrate Judge Bly. The leave of absence is not applicable to any court appearance in this case before the District Judge, as to which leave of absence must be separately applied for and obtained. Nor does the leave of absence cover any other deadlines or filings in this case required by or imposed by court order, local rule, operation of law, statute, applicable rule of procedure, or agreement of counsel. Those deadlines or requirements shall remain in full force and effect during any excused absence at court appearances. The Court finds that due to the unavailability of counsel, the ends of justice in having continuity of counsel and to allow time for effective preparation, taking into account the exercise of due diligence, outweigh the best interests of the public and defendant in a speedy trial, and the Clerk is directed to exclude the time of leave of absence pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Ordered by Magistrate Judge Christopher C. Bly on 11/18/2021. (jtj) (Entered: 11/18/2021) |
| 11/29/2021 | 43 | | Minute Entry for proceedings held before Magistrate Judge Christopher C. Bly: Motion Hearing held as to Victor Hill. The Court heard oral arguments regarding 33 Defendant's motion to dismiss the indictment. (Court Reporter Geraldine Glover) (ceo) (Entered: 11/30/2021) |
| 12/29/2021 | 44 | | Notice for Leave of Absence for the following date(s): 02/16 to 02/18, by Bret Reed Hobson. (Hobson, Bret) (Entered: 12/29/2021) |
| 12/29/2021 | 45 | | |

| | | | |
|---|---|---|---|
| | | | FINAL REPORT AND RECOMMENDATION as to Victor Hill: It is recommended that the motion to dismiss the original indictment, 20 , be DENIED AS MOOT and that the motion to dismiss the superseding indictment and to strike surplusage, 33 , be DENIED. There are no other pretrial motions pending before the undersigned, and this case is CERTIFIED READY FOR TRIAL. Signed by Magistrate Judge Christopher C. Bly on 12/29/21. (ceo) (Entered: 12/29/2021) |
| 12/29/2021 | | | ORDER denying as moot 21 Motion for Bill of Particulars as to the original indictment, as to Victor Hill (1). Ruled on by Magistrate Judge Christopher C. Bly on 12/29/21 per 45 Order & Final R&R. (ceo) (Entered: 12/29/2021) |
| 12/29/2021 | | | ORDER denying 32 Motion for Bill of Particulars as to the superseding indictment, as to Victor Hill (1). Ruled on by Magistrate Judge Christopher C. Bly on 12/29/21 per 45 Order & Final R&R. (ceo) (Entered: 12/29/2021) |
| 12/29/2021 | 46 | | ORDER for Service of 45 Report and Recommendation, by Magistrate Judge Christopher C. Bly as to Victor Hill. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Christopher C. Bly on 12/29/21. (ceo) (Entered: 12/29/2021) |
| 12/29/2021 | | | ORDER CERTIFYING CASE READY FOR TRIAL as to Victor Hill. Ruled on by Magistrate Judge Christopher C. Bly on 12/29/21 per 45 Order & Final R&R. (ceo) (Entered: 12/29/2021) |
| 01/04/2022 | | | MINUTE ORDER (by docket entry only) as to Victor Hill allowing defendant until February 9, 2022, to advise if a plea of guilty will be entered or if this case will proceed to trial. The Court, having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, DIRECTS THE CLERK to exclude the period of delay from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A). Entered by District Judge Eleanor L. Ross on 1/4/22. (mlb) (Entered: 01/04/2022) |
| 01/12/2022 | 47 | | OBJECTIONS TO 45 REPORT AND RECOMMENDATION as to Victor Hill filed by Victor Hill (Barron, Lynsey) (Entered: 01/12/2022) |
| 01/25/2022 | 48 | | Notice for Leave of Absence for the following date(s): 07/25 to 07/29, by Bret Reed Hobson. (Hobson, Bret) (Entered: 01/25/2022) |
| 01/27/2022 | | | Submission of 45 REPORT AND RECOMMENDATION as to Victor Hill re 20 MOTION to Dismiss Indictment and MOTION for Oral Argument, 33 Amended MOTION to Dismiss Indictment, MOTION to Strike Surplusage, and MOTION for Oral Argument as to Victor Hill, to District Judge Eleanor L. Ross. (mlb) (Entered: 01/27/2022) |
| 03/16/2022 | 49 | | SECOND SUPERSEDING INDICTMENT as to Victor Hill (1) count(s) 1ss–7ss. (bgt) (Entered: 03/17/2022) |
| 03/16/2022 | 50 | | Defendant Information Sheet as to Victor Hill. (bgt) (Entered: 03/17/2022) |
| 03/16/2022 | 51 | | Request for Arraignment as to Victor Hill. (bgt) (Entered: 03/17/2022) |
| 03/17/2022 | 52 | | Summons Issued as to Victor Hill. Arraignment set for 3/31/2022 at 10:00 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (ceo) (Entered: 03/17/2022) |
| 03/24/2022 | 53 | | Request for Leave of Absence for the following date(s): 05/05–06/2022, by Drew Findling. (Findling, Drew) (Entered: 03/24/2022) |
| 03/31/2022 | 54 | | Request for Leave of Absence for the following date(s): 05/06/2022,05/23–27/2022, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 03/31/2022) |

| 03/31/2022 | 55 | | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: INITIAL APPEARANCE, ARRAIGNMENT, and PLEA of NOT GUILTY by Victor Hill (1) on Counts 1ss–7ss. (Tape #FTR) (bnw) (Entered: 03/31/2022) |
| 03/31/2022 | 56 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Victor Hill. (bnw) (Entered: 03/31/2022) |
| 04/08/2022 | 57 | | MOTION to Adopt *and Incorporate* by Victor Hill. (Goldberg, Marissa) (Entered: 04/08/2022) |
| 05/05/2022 | 58 | | ORDER as to Victor Hill (1). The Court OVERRULES Defendant's Objections 47 and ADOPTS the R&R 45 as the Opinion and Order of this Court. The Court DENIES AS MOOT 20 Defendant's motion to dismiss the original indictment and DENIES 33 Defendant's amended motion to dismiss the superseding indictment(s) and to strike surplusage. The Court GRANTS 57 Defendant's motion to adopt and incorporate his previously filed motions. The Court DIRECTS Defendant to announce within thirty (30) days of the date of the issuance of this order whether he intends to enter a plea or proceed to trial. Should Defendant announce his attention to proceed to trial, the Court will, by separate notice, schedule the trial to begin September 26, 2022. Signed by Judge Eleanor L. Ross on 5/5/22. (rlh) (Entered: 05/05/2022) |
| 06/08/2022 | 59 | | NOTICE SETTING TRIAL as to Victor Hill. This case is specially set for a Jury Trial to begin MONDAY, SEPTEMBER 26, 2022 at 9:00 AM, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA., before District Judge Eleanor L. Ross. The pretrial conference and motions hearing is scheduled MONDAY, SEPTEMBER 12, 2022 at 9:30 AM, in Courtroom 1708. If the parties intend to file any motions in limine, they are DIRECTED to do so on or before JULY 11, 2022; responses to said motions, a joint proposed verdict form and the parties proposed general voir dire questions are due on or before JULY 27, 2022. Replies to responses and any objections to the voir dire questions are due on or before AUGUST 8, 2022.(mlb) (Entered: 06/08/2022) |
| 06/13/2022 | 60 | | Unopposed MOTION to Continue the trial date by Victor Hill. (Goldberg, Marissa) (Entered: 06/13/2022) |
| 06/13/2022 | 61 | | Request for Leave of Absence for the following date(s): 07/21–22/2022,07/25–29/2022,08/01/2022,08/12/2022,09/02/2022,10/20–21/2022,12/12–16/2022, 12/19–23/2022,12/26–30/2022,01/02–06/2023, by Drew Findling. (Findling, Drew) (Entered: 06/13/2022) |
| 06/21/2022 | 62 | | NOTICE SETTING TRIAL as to Victor Hill. This case is hereby specially set for a Jury Trial to begin WEDNESDAY, OCTOBER 12, 2022 at 9:00 AM, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA., before District Judge Eleanor L. Ross. The pretrial conference and motions hearing is scheduled TUESDAY, SEPTEMBER 27, 2022 at 9:30 AM, in Courtroom 1708. If the parties intend to file any motions in limine, they are DIRECTED to do so on or before AUGUST 10, 2022; responses to said motions, a joint proposed verdict form and the parties proposed general voir dire questions are due on or before AUGUST 30, 2022. Replies to responses and any objections to the voir dire questions are due on or before SEPTEMBER 13, 2022. (mlb) (Entered: 06/21/2022) |
| 06/22/2022 | | | Minute Order (by docket entry only) as to Victor Hill. The Court having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, DIRECTS THE CLERK to exclude the period of delay, from June 22, 2022 until October 12, 2022, from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A). Approved by District Judge Eleanor L. Ross on 6/22/22. (mlb) (Entered: 06/22/2022) |
| 06/30/2022 | 63 | | Request for Leave of Absence for the following date(s): October 3 through October 7, 2022. In Trial August 22 through August 26, 2022; October 12 through November 4 by Lynsey Morris Barron. |

| | | | |
|---|---|---|---|
| | | | (Barron, Lynsey) Modified on 7/1/2022 to add text (rlh). (Entered: 06/30/2022) |
| 08/02/2022 | 64 | | NOTICE OF FILING of Change of Firm Affiliation as to Victor Hill (Barron, Lynsey) (Entered: 08/02/2022) |
| 08/10/2022 | 65 | | MOTION in Limine to Exclude Improper Arguments and Evidence with Brief In Supportby USA as to Victor Hill. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Hobson, Bret) (Entered: 08/10/2022) |
| 08/10/2022 | 66 | | MOTION in Limine *to Exclude Improper Evidence at Trial* by Victor Hill. (Goldberg, Marissa) (Entered: 08/10/2022) |
| 08/30/2022 | 67 | | Joint Proposed Special Verdict Form as to Victor Hill filed by USA (Gray, Brent) (Entered: 08/30/2022) |
| 08/30/2022 | 68 | | RESPONSE in Opposition as to Victor Hill filed by Victor Hill re 65 MOTION in Limine to Exclude Improper Arguments and Evidence (Goldberg, Marissa) (Entered: 08/30/2022) |
| 08/30/2022 | 69 | | Joint MOTION For the Use of a Jury Questionnaire by Victor Hill. (Goldberg, Marissa) (Entered: 08/30/2022) |
| 08/30/2022 | 70 | | RESPONSE in Opposition as to Victor Hill filed by USA re 66 MOTION in Limine *to Exclude Improper Evidence at Trial* (Hobson, Bret) (Entered: 08/30/2022) |
| 09/13/2022 | 71 | | REPLY TO RESPONSE to Motion as to Victor Hill filed by USA re: 65 MOTION in Limine to Exclude Improper Arguments and Evidence (Hobson, Bret) (Entered: 09/13/2022) |
| 09/13/2022 | 72 | | REPLY TO RESPONSE to Motion as to Victor Hill filed by Victor Hill re: 66 MOTION in Limine *to Exclude Improper Evidence at Trial* (Goldberg, Marissa) (Entered: 09/13/2022) |
| 09/19/2022 | 73 | | Petition and Order for Writ of Habeas Corpus ad Testificandum for Joseph Kenneth Arnold as to Victor Hill Signed by Judge Eleanor L. Ross on 9/19/22. (ceo) (Entered: 09/20/2022) |
| 09/19/2022 | 74 | | Petition and Order for Writ of Habeas Corpus ad Testificandum for Joseph Harper as to Victor Hill Signed by Judge Eleanor L. Ross on 9/19/22. (ceo) (Entered: 09/20/2022) |
| 09/20/2022 | 75 | | ORDER: A pretrial conference previously scheduled for TUESDAY, September 27, 2022 at 9:30 am is canceled. At defense counsel's request, the Court RESCHEDULES the pretrial conference for THURSDAY, SEPTEMBER 29, 2022 AT 9:30 AM, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. The Court, having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, DIRECTS THE CLERK to exclude the period of delay from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A). Signed by Judge Eleanor L. Ross on 9/20/22. (ceo) (Entered: 09/20/2022) |
| 09/29/2022 | 76 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: The Court held a Pretrial Conference on 9/29/22. The jury trial is scheduled for 10/12/22 at 9:00AM. The Court advised the parties that the trial may begin at 1:30PM on 10/12/22, but to keep their morning available. Voir dire and the jury trial will be conducted in courtroom 1708. The Court GRANTED the 69 Joint Motion for the Use of a Jury Questionnaire. The Court GRANTED–IN–PART portions of the 65 and 66 motions in limine, but will reserve ruling on the remaining portions during trial. The Court directed the parties to submit jury charges the morning of 10/6/22. The Court further directed the parties to confer and provide the Court a condensed version of the Indictment to publish to the jury. The Court distributed juror background questions to the parties and discussed trial procedures/etiquette. See transcript for more details. Written order to follow. Hearing concluded. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 09/29/2022) |

| 09/30/2022 | 77 | | ORDER: Government's Motion in Limine 65 is GRANTED IN PART AND DENIED IN PART, Defendant's Motion in Limine 66 is GRANTED, and the Joint Motion to Use a Jury Questionnaire 69 is GRANTED. Signed by Judge Eleanor L. Ross on 9/30/22. (ceo) (Entered: 09/30/2022) |
|---|---|---|---|
| 10/06/2022 | 78 | | Proposed Jury Instructions as to Victor Hill filed by USA (Hobson, Bret) (Entered: 10/06/2022) |
| 10/06/2022 | 79 | | Proposed Jury Instructions as to Victor Hill (Goldberg, Marissa) (Entered: 10/06/2022) |
| 10/11/2022 | 80 | | MOTION in Limine as to Lay Opinion Testimony by Victor Hill. (Barron, Lynsey) (Entered: 10/11/2022) |
| 10/11/2022 | 81 | | OBJECTION to 79 Proposed Jury Instructions as to Victor Hill filed by USA (Hobson, Bret) (Entered: 10/11/2022) |
| 10/12/2022 | 82 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury trial began on 10/12/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios and Angel Reyes, Denise De la Rue (with the Defense) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Potential jurors entered and the parties were introduced. Voir dire began. 1 hour lunch break. Voir dire resumed. Jury selected and jurors released for the day with the usual precautions by the Court. Hearing not concluded. Court adjourned and will reconvene at October 13, 2022 at 9:30am. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/13/2022) |
| 10/13/2022 | | | MINUTE ORDER (by docket entry only) as to Victor Hill. The Court granted 80 motion in limine as to lay opinion testimony. Approved by District Judge Eleanor L. Ross on 10/13/22. (mlb) (Entered: 10/13/2022) |
| 10/13/2022 | 83 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial continued as to Victor Hill on 10/13/2022. Present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Jury was sworn and preliminary charges given. Opening statements were given. Government witnesses: Leconte Jackson, Hannah James and Richard Sobczak were sworn and provided testimony. Government exhibit: 8(CD), 9 (CD), 12–14, 18–20, 25–28, and 31 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned. HEARING STATUS: Hearing continued to October 14, 2022, at 9:30 am. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (lwb) Modified on 10/17/2022 – corrected docket text (bgt). (Entered: 10/14/2022) |
| 10/14/2022 | 84 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Government witnesses: Jessie Curney, Lewis Lyons, Karon Clayborn, Desmond Bailey, Tarshell Cummings, Eugene Peterkin, Candace Blythe, Stephen Robinson and Anthony Tigner were sworn and provided testimony. Government exhibit #s: 34, 40, 42–45, 55, 56 (CD), 102 and 103 were ADMITTED. Defense exhibit #3 was ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned. Hearing not concluded. Court adjourned and will reconvene at October 17, 2022 at 9:30am. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/17/2022) |
| 10/17/2022 | 85 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/17/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Government witnesses Kendrix Burns, Anthony Washington, Chyrshon Hollins, Tabatha Givens, Jervarious Hargrove, Candace Hunter, Ray Evans, Keith Kendrick and Raheim Peterkin were sworn |

| | | | and provided testimony. Government exhibits #s 4, 48–49, 60–61, 63–64, 67–69, 71, 74, 81, 91, 98–100, 105, 300, 300a, 301, 301a, 302, 304 and 306 were ADMITTED. Defense exhibit #s 7 and 8 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned and will reconvene at October 18, 2022 @ 9:30 am. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/18/2022) |
|---|---|---|---|
| 10/18/2022 | 86 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/18/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Government witnesses Fritz Georges, Joseph Harper, Anthony Gonzalez, Walter Thomas, Anthony Weeks, Kevin Issac and Glenn Howell were sworn and provided testimony. Government exhibit #s 5– 7, 78–79, 94–96 were ADMITTED. Defense exhibit #s: 10, [11 – 15 (for the record only)] and 16 were ADMITTED. Hearing not concluded. Court adjourned and will reconvene at October 19, 2022 @ 9:30am. Jurors excused until the above time under the usual caution of the Court. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/19/2022) |
| 10/19/2022 | 87 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/19/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Government witness Glenn Howell resumed providing testimony. Government witness Rashawn Johnson, Ernest Jenkins, Christopher Clemons, Damarius Thompson–Lewis, Joseph Arnold and Eddie McGee were sworn and provided testimony. Government exhibit #s: 3, 84, 86–87 and 104 were ADMITTED. Government rests. Hearing not concluded. Court adjourned and will reconvene at October 20, 2022 at 9:30am. Jurors excused until the above time under the usual caution of the Court. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/20/2022) |
| 10/20/2022 | 88 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/20/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court called to order. Defense witnesses Bryan Bridges, Elizabeth Smith, Roland Boehrer (Chief Deputy of Clayton County Sheriffs Department) and Defendant/Sheriff Victor Hill were sworn and provided testimony. Governments exhibit #54 is ADMITTED. Defense rests. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/21/2022) |
| 10/21/2022 | 89 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/21/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Closing arguments. Jurors began deliberations at 1:30 pm. Jurors were released for the day at 4:30pm with the usual precautions given by the Court. Hearing not concluded. Court adjourned and will reconvene at October 24, 2022 at 9:30am. Jurors excused until the above time under the usual caution of the Court. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/24/2022) |
| 10/24/2022 | 90 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/24/2022. Court called to order. Also present during the criminal trial were FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Deliberations resumed. Jurors were released for the day at 4:50 pm with the usual precautions given by the Court. Jurors |

| | | | |
|---|---|---|---|
| | | | will return on Tuesday, October 25, 2022 at 9:30 am and resume deliberations. Court adjourned. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/25/2022) |
| 10/24/2022 | 93 | | Return of Service Executed on 10/20/2022 as to Victor Hill *Subpoena Served on Witness to Testify* (ceo) (Entered: 10/26/2022) |
| 10/25/2022 | 91 | | MOTION for Declaration of Mistrial by Victor Hill. (Barron, Lynsey) (Entered: 10/25/2022) |
| 10/25/2022 | 92 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill continued on 10/25/2022. Court called to order. Also present during the criminal trial were Paralegal Emily Hogan (with the Government throughout the trial), FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. An alternate juror was seated. Deliberations will begin anew. Jurors began deliberations at 9:30am. Jurors released at 4:30 with the usual precautions given by the Court. Court adjourned. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/26/2022) |
| 10/26/2022 | | | MINUTE ORDER (by docket entry only) DENYING 91 Motion for Declaration of Mistrial as to Victor Hill (1). Approved by District Judge Eleanor L. Ross on 10/26/22. (mlb) (Entered: 10/26/2022) |
| 10/26/2022 | 94 | | JURY VERDICT as to Victor Hill (1) Guilty on Count 1ss−4ss, 6ss−7ss, Not Guilty on Count 5ss. (ceo) (Entered: 10/27/2022) |
| 10/26/2022 | 95 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Jury Trial as to Victor Hill concluded on 10/26/2022. Court called to order. Also present during the criminal trial were Paralegal Emily Hogan (with the Government throughout the trial), FBI Special Agents Andrew Marc Benjamin, Josh Berrios, and Angel Reyes (with the Government) and Alexis Alzadeh (with the Defense). Court addressed issues with the parties. Court DENIED motion 91 . Deliberations began at 9:30am. The jurors returned a guilty verdict at 4:30pm. Court adjourned. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 10/27/2022) |
| 11/02/2022 | 96 | | Court's EXHIBITS admitted and retained at the 82 Jury Trial, 83 Jury Trial, 84 Jury Trial, 85 Jury Trial, 86 Jury Trial, 87 Jury Trial, 88 Jury Trial, 89 Jury Trial, 90 Jury Trial, 92 Jury Trial, 95 Jury Trial, as to Victor Hill have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit CE #1, # 2 Exhibit CE #2, # 3 Exhibit CE #3, # 4 Exhibit CE #4, # 5 Exhibit CE #5, # 6 Exhibit CE #6, # 7 Exhibit CE #7, # 8 Exhibit CE #8, # 9 Exhibit CE #9, # 10 Exhibit CE #10, # 11 Exhibit CE #11, # 12 Exhibit CE #12, # 13 Exhibit CE #13, # 14 Exhibit CE #14)(ceo) (Entered: 11/04/2022) |
| 11/02/2022 | 97 | | Government's EXHIBITS admitted and retained at the 82 Jury Trial, 83 Jury Trial, 84 Jury Trial, 85 Jury Trial, 86 Jury Trial, 87 Jury Trial, 88 Jury Trial, 89 Jury Trial, 90 Jury Trial, 92 Jury Trial, 95 Jury Trial, as to Victor Hill have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit GE #1, # 2 Exhibit GE #2, # 3 Exhibit GE #3, # 4 Exhibit GE #4, # 5 Exhibit GE #5, # 6 Exhibit GE #6, # 7 Exhibit GE #7, # 8 Exhibit GE #18, # 9 Exhibit GE #19, # 10 Exhibit GE #20, # 11 Exhibit GE #25, # 12 Exhibit GE #26, # 13 Exhibit GE #27, # 14 Exhibit GE #28, # 15 Exhibit GE #31, # 16 Exhibit GE #34, # 17 Exhibit GE #40, # 18 Exhibit GE #42, # 19 Exhibit GE #43, # 20 Exhibit GE #44, # 21 Exhibit GE #45, # 22 Exhibit GE #48, # 23 Exhibit GE #49, # 24 Exhibit GE #54, # 25 Exhibit GE #55, # 26 Exhibit GE #60, # 27 Exhibit GE #61, # 28 Exhibit GE #63, # 29 Exhibit GE #64, # 30 Exhibit GE #67, # 31 Exhibit GE #68, # 32 Exhibit GE #69, # 33 Exhibit GE #71, # 34 Exhibit GE #78, # 35 Exhibit GE #79, # 36 Exhibit GE #84, # 37 Exhibit GE #86, # 38 Exhibit GE #87, # 39 Exhibit GE #91, # 40 Exhibit GE #94, # 41 Exhibit GE #95, # 42 Exhibit GE #96, # 43 Exhibit GE #98, # 44 Exhibit GE #99, # 45 Exhibit GE #100, # 46 Exhibit GE #102, # 47 Exhibit GE #103, # 48 Exhibit GE #105, # 49 Exhibit GE #300, # 50 Exhibit GE #301, # 51 Exhibit GE #302, # 52 Exhibit GE #304, # 53 Exhibit GE |

| | | | |
|---|---|---|---|
| | | | #306)(ceo) (Entered: 11/04/2022) |
| 11/02/2022 | 98 | | Defendant's EXHIBITS admitted and retained at the 82 Jury Trial, 83 Jury Trial, 84 Jury Trial, 85 Jury Trial, 86 Jury Trial, 87 Jury Trial, 88 Jury Trial, 89 Jury Trial, 90 Jury Trial, 92 Jury Trial, 95 Jury Trial, as to Victor Hill have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit DE #5, # 2 Exhibit DE #6, # 3 Exhibit DE #7, # 4 Exhibit DE #8, # 5 Exhibit DE #10, # 6 Exhibit DE #11, # 7 Exhibit DE #12, # 8 Exhibit DE #13, # 9 Exhibit DE #14, # 10 Exhibit DE #15)(ceo) (Additional attachment(s) added on 11/9/2022: # 11 Exhibit DE #5 (rescanned), # 12 Exhibit DE #10 (rescanned), # 13 Exhibit DE #11 (rescanned)) (kdw). (Entered: 11/04/2022) |
| 11/02/2022 | 99 | | Defendant's Exhibits Audio/Video admitted and retained at the 82 Jury Trial, 83 Jury Trial, 84 Jury Trial, 85 Jury Trial, 86 Jury Trial, 87 Jury Trial, 88 Jury Trial, 89 Jury Trial, 90 Jury Trial, 92 Jury Trial, 95 Jury Trial, as to Victor Hill have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit DE #3, # 2 Exhibit DE #4, # 3 Exhibit DE #9, # 4 Exhibit DE #16)(ceo) (Entered: 11/04/2022) |
| 11/02/2022 | 100 | | Government's Exhibits Audio/Video admitted and retained at the 82 Jury Trial, 83 Jury Trial, 84 Jury Trial, 85 Jury Trial, 86 Jury Trial, 87 Jury Trial, 88 Jury Trial, 89 Jury Trial, 90 Jury Trial, 92 Jury Trial, 95 Jury Trial, as to Victor Hill have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit GE #8, # 2 Exhibit GE #9, # 3 Exhibit GE #56, # 4 Exhibit GE #74, # 5 Exhibit GE #81, # 6 Exhibit GE #104, # 7 Exhibit GE #300A, # 8 Exhibit GE #301A)(ceo) (Entered: 11/04/2022) |
| 11/04/2022 | 101 | | NOTICE TO COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: 97 Exhibits. (ceo) (Entered: 11/04/2022) |
| 11/04/2022 | 102 | | NOTICE TO COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: 98 Exhibits. (ceo) (Entered: 11/04/2022) |
| 11/07/2022 | 103 | | NOTICE TO COURT regarding RECLAMATION AND DISPOSITION OF UNCLAIMED EXHIBITS pursuant to Local Rule 79.1D(2) by USA as to Victor Hill. Exhibits to be Retrieved. (Gray, Brent) (Entered: 11/07/2022) |
| 11/07/2022 | 104 | | ORDER: The Defendant was convicted following a jury trial. A Sentencing Hearing is scheduled for TUESDAY, FEBRUARY 28, 2023 at 9:30 AM, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. Signed by Judge Eleanor L. Ross on 11/7/22. (ceo) (Entered: 11/07/2022) |
| 11/14/2022 | 105 | | NOTICE TO COURT regarding RECLAMATION AND DISPOSITION OF UNCLAIMED EXHIBITS pursuant to Local Rule 79.1D(2) by USA as to Victor Hill Re: 97 Exhibits. Exhibits to be Retrieved no later than 11/30/2022. (ceo) (Entered: 11/15/2022) |
| 11/15/2022 | | | NOTICE FROM THE COURT (by docket entry only) as to Victor Hill: A sentencing memorandum and any other information a party wants the Court to consider in connection with sentencing of the defendant shall be submitted to the Court and served on opposing counsel: SEVEN (7) days before the date set for sentencing by the Government; and THREE (3) days before the date set for sentencing by the Defendant. A party who intends to present evidence at sentencing shall, THREE (3) BUSINESS DAYS before sentencing, advise the Court and opposing counsel of the identity of any witness(es) and the estimated length of the testimony of each witness expected to be called. It is not necessary that such notice be provided for general character witnesses. Failure to comply with the Courts deadlines herein may prevent the Court from considering an untimely filed brief. (mlb) (Entered: 11/15/2022) |

| 01/19/2023 | 106 | | TRANSCRIPT of Proceedings as to Victor Hill held on November 29, 2021, before Judge Christopher C. Bly. Court Reporter/Transcriber Geraldine S. Glover. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Tape Number: 1. Redaction Request due 2/9/2023. Redacted Transcript Deadline set for 2/21/2023. Release of Transcript Restriction set for 4/19/2023. (Attachments: # 1 Appendix Notice of Filing of Transcript) (gxg) (Entered: 01/19/2023) |
|---|---|---|---|
| 02/17/2023 | 107 | | Unopposed MOTION to Continue Sentencing by Victor Hill. (Goldberg, Marissa) (Entered: 02/17/2023) |
| 02/21/2023 | 108 | | ORDER: A sentencing hearing in this matter is scheduled for Tuesday, February 28, 2023 at 9:30 AM. At the Defendant's 107 request, the Court RESCHEDULES the sentencing hearing for TUESDAY, MARCH 14, 2023 at 9:30 AM, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. Signed by Judge Eleanor L. Ross on 2/21/23. (ceo) (Entered: 02/21/2023) |
| 02/27/2023 | 109 | | APPLICATION for Admission of Arthur Aidala Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12420343). by Victor Hill. (Findling, Drew)Documents for this entry are not available for viewing outside the courthouse. (Entered: 02/27/2023) |
| 03/03/2023 | | | APPROVAL by Clerks Office re: 109 APPLICATION for Admission of Arthur Aidala Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12420343). Attorney Arthur Louis Aidala added appearing on behalf of Victor Hill (cdg) (Entered: 03/03/2023) |
| 03/03/2023 | | | MINUTE ORDER (by docket entry only) GRANTING 109 Application for Admission Pro Hac Vice as to Victor Hill (1). Approved by District Judge Eleanor L. Ross on 3/3/23. (mlb) (Entered: 03/03/2023) |
| 03/03/2023 | | | Clerk's Certificate of Mailing (via email) to Attorney Arthur Aidala as to Victor Hill re Order on Application for Admission PHV. (mlb) (Entered: 03/03/2023) |
| 03/07/2023 | 110 | | Sentencing Memorandum as to Victor Hill filed by USA (Hobson, Bret) (Entered: 03/07/2023) |
| 03/10/2023 | 111 | | Sentencing Memorandum as to Victor Hill filed by Victor Hill (Attachments: # 1 Exhibit Character Letters)(Goldberg, Marissa) (Entered: 03/10/2023) |
| 03/14/2023 | 112 | | Minute Entry for proceedings held before Judge Eleanor L. Ross: Sentencing hearing held as to Victor Hill. Court called to order. Also present during the hearing were FBI Special Agents Reyes, Berrios, and Benjamin, and PO Candice Logan. Court reviewed objections and made rulings. Court adopted the calculations and factual findings. Court and counsel discussed the pre−sentence report, as well as reasonable sentence. Defense witnesses Roderick Didone, Levon Allen, Donald Bowen and Jarrett S. Gorlin provided character testimony. Defendant briefly addressed the Court. Court provided justification for the sentence imposed. Defendant was sentenced to a total of EIGHTEEN (18) MONTHS of imprisonment; SIX (6) YEARS of supervised release; ONE HUNDRED (100) HOURS of community service, $600 special assessment and additional requirements (see J&C for details). Appellate rights were given. Defendant is on bond and will be allowed to voluntarily surrender. Hearing concluded. (Court Reporter Elizabeth Cohn) (ceo) (Entered: 03/14/2023) |
| 03/15/2023 | 113 | | JUDGMENT AND COMMITMENT as to Victor Hill (1), Count(s) 1−4, 1s−5s, Dismissed following Second Superseding Indictment; Count(s) 1ss−4ss, IMPRISONMENT: Eighteen (18) Months, concurrent with counts 6ss−7ss. SUPERVISED RELEASE: Three (3) years, concurrent with counts 6ss−7ss with standard, special, and mandatory conditions. Special Assessment fee of $600.00. Count(s) 5ss, Not guilty jury verdict 10/26/2022; Count(s) 6ss−7ss, IMPRISONMENT: Eighteen (18) Months, concurrent with counts 1ss−4ss. SUPERVISED RELEASE: Three (3) years, concurrent with counts 1ss−4ss with standard, special, and mandatory conditions. Special Assessment fee of $600.00. Signed by Judge Eleanor L. Ross on 3/15/23. −−Please refer to |

| | | | |
|---|---|---|---|
| | | | http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (ceo) (Entered: 03/15/2023) |
| 03/16/2023 | 114 | | NOTICE OF APPEAL as to Victor Hill re 113 Judgment and Commitment,,, 94 Jury Verdict. Filing fee $ 505, receipt number AGANDC–12466052. Transcript Order Form due on 3/30/2023 (Attachments: # 1 Exhibit J & C)(Goldberg, Marissa) (Entered: 03/16/2023) |
| 03/17/2023 | | | Request For Presentence Investigation Report as to Victor Hill re: 114 Notice of Appeal filed on 3/16/23. (pjm) (Entered: 03/17/2023) |
| 03/17/2023 | 115 | | USCA Appeal Transmission Letter as to Victor Hill to USCA– 11th Circuit re: 114 Notice of Appeal filed by Victor Hill. (pjm) (Entered: 03/17/2023) |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 26 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

VICTOR HILL

Criminal Action No.

1:21-CR-00143-ELR

## V E R D I C T

### Count One

As to Count One of the Indictment, we, the jury, unanimously find Victor Hill:

___✓___ Guilty        _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Raheem Peterkin?

___✓___ Yes        _____ No

### Count Two

As to Count Two of the Indictment, we, the jury, unanimously find Victor Hill:

___✓___ Guilty        _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Desmond Bailey?

___✓___ Yes        _____ No

## **Count Three**

As to Count Three of the Indictment, we, the jury, unanimously find Victor Hill:

_____✓_____ Guilty                    _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Joseph Arnold?

_____✓_____ Yes                    _____ No


## **Count Four**

As to Count Four of the Indictment, we, the jury, unanimously find Victor Hill:

_____✓_____ Guilty                    _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Chryshon Hollins?

_____✓_____ Yes                    _____ No

## Count Five

As to Count Five of the Indictment, we, the jury, unanimously find Victor Hill:

_____ Guilty             ____✓____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Joseph Harper?

_____ Yes             _____ No

## Count Six

As to Count Six of the Indictment, we, the jury, unanimously find Victor Hill:

___✓___ Guilty             _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Glenn Howell?

___✓___ Yes             _____ No

## Count Seven

As to Count Seven of the Indictment, we, the jury, unanimously find Victor Hill:

_____✓_____ Guilty                    _____ Not Guilty

Only if "Guilty," please answer the following question:

Has the jury unanimously found that this offense caused physical pain and resulted in bodily injury to Walter Thomas?

_____✓_____ Yes                    _____ No

**SO SAY WE ALL.**

        Signed and dated at the United States Courthouse, Atlanta, Georgia, this 26 day of October, 2022.

_____
Foreperson's Signature

SHERYL SHAW
_____
Foreperson's Printed Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number:   **1:21-CR-00143-ELR-1** |
| | ) | USM Number:   **41909-509** |
| **VICTOR HILL** | ) | |
| | ) | Drew Findling, Marissa Goldberg, and |
| | ) | Lynsey Barron |
| | | <small>Defendant's Attorneys</small> |

**THE DEFENDANT:**

The defendant was found guilty on **COUNTS ONE, TWO, THREE, FOUR, SIX AND SEVEN** after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| 18 U.S.C. § 242 | Deprivation of Rights Under the Color of Law | December 8, 2019 | 1 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | February 6, 2020 | 2 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | February 25, 2020 | 3 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | April 27, 2020 | 4 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | April 27, 2020 | 6 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | May 11, 2020 | 7 |

The defendant is sentenced as provided in pages 3 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

March 14, 2023
_____
Date of Imposition of Judgment

*Eleanor L. Ross*
_____
Signature of Judge

ELEANOR L. ROSS, U. S. DISTRICT JUDGE
_____
Name and Title of Judge

March 15, 2023
_____
Date

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1

Judgment -- Page **3** of **7**

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: EIGHTEEN (18) MONTHS on Counts One, Two, Three, Four, Six and Seven, all to be served concurrently, for a total of **EIGHTEEN (18) months.**

The court makes the following recommendations to the Bureau of Prisons: That Defendant be designated to FPC Montgomery, or to a minimum-security camp in order to minimize any danger that may come to him based on his status as a former law enforcement officer.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  VICTOR HILL
CASE NUMBER:  1:21-CR-00143-ELR-1                                   Judgment -- Page **4** of **7**

---

Judgment in a Criminal Case
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:  THREE (3) YEARS on Counts One, Two, Three, Four, Six and Seven, all to be served concurrently to one another for a total of **THREE (3) YEARS.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at:  www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature  _____  Date  _____

USPO's Signature  _____  Date  _____

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1                                          Judgment -- Page **6** of **7**

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

You must complete **100 hours** of community service. All community service work hours must be approved prior to completion by the supervising officer. The probation office will supervise your participation in the program. You must provide written verification of completed hours to the probation officer.

**You must refrain from engaging in the occupation, business or profession of law enforcement, including as a consultant pursuant to 18 U.S.C. § 3563(b)(5).**

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1                                  Judgment -- Page **7** of **7**

---

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

The defendant shall pay to the United States a special assessment of **$600.00**, which shall be due immediately.

| | **Special Assessment** |
|---|---|
| TOTAL | **$600.00** |
| | **Fine** |
| TOTAL | **WAIVED** |

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,      )   Case No. 1:21-CR-00143-ELR-CCB
                              )
          vs.                )
                              )
VICTOR HILL,                 )
                              )
             Defendant.    )
                              )

## NOTICE OF APPEAL

Notice is hereby given that defendant, Victor Hill, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit in the attached Judgment in a Criminal Case entered in this action on the 15th day of March, 2023.

Dated: March 16, 2023

Respectfully submitted,

*/s/Drew Findling*_____
Drew Findling
Georgia Bar No. 260425

*/s/Marissa Goldberg*_____
Marissa Goldberg
Georgia Bar No. 672798

The Findling Law Firm
3575 Piedmont Road
Suite 1010
Atlanta, Georgia 30305
404.460.4500

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

vs.

VICTOR HILL,

Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 1:21-CR-00143-ELR-CCB

**NOTICE OF APPEAL**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within and foregoing:

Notice of Appeal

By electronic service:

Assistant United States Attorney Brent Gray
Assistant United States Attorney Bret Hobson

This 16th day of March, 2023

Respectfully Submitted,

s/*Marissa Goldberg*
Marissa Goldberg
Georgia Bar No. 672798

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number: **1:21-CR-00143-ELR-1** |
| | ) | USM Number: **41909-509** |
| **VICTOR HILL** | ) | |
| | ) | Drew Findling, Marissa Goldberg, and |
| | ) | Lynsey Barron |
| | | Defendant's Attorneys |

**THE DEFENDANT:**

The defendant was found guilty on **COUNTS ONE, TWO, THREE, FOUR, SIX AND SEVEN** after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 242 | Deprivation of Rights Under the Color of Law | December 8, 2019 | 1 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | February 6, 2020 | 2 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | February 25, 2020 | 3 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | April 27, 2020 | 4 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | April 27, 2020 | 6 |
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law | May 11, 2020 | 7 |

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1                                          Judgment -- Page **2** of **7**

The defendant is sentenced as provided in pages 3 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

March 14, 2023
Date of Imposition of Judgment

*Eleanor L. Ross*
Signature of Judge

ELEANOR L. ROSS, U. S. DISTRICT JUDGE
Name and Title of Judge

March 15, 2023
Date

31

DEFENDANT:   VICTOR HILL
CASE NUMBER:  1:21-CR-00143-ELR-1                                                    Judgment -- Page **3** of **7**

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  EIGHTEEN (18) MONTHS on Counts One, Two, Three, Four, Six and Seven, all to be served concurrently, for a total of **EIGHTEEN (18) months.**

The court makes the following recommendations to the Bureau of Prisons:  That Defendant be designated to FPC Montgomery, or to a minimum-security camp in order to minimize any danger that may come to him based on his status as a former law enforcement officer.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on   _____   to   _____

at   _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: THREE (3) YEARS on Counts One, Two, Three, Four, Six and Seven, all to be served concurrently to one another for a total of **THREE (3) YEARS.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1                                    Judgment -- Page **5** of **7**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature    _____    Date    _____

USPO's Signature    _____    Date    _____

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1                                    Judgment -- Page **6** of **7**

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

You must complete **100 hours** of community service. All community service work hours must be approved prior to completion by the supervising officer. The probation office will supervise your participation in the program. You must provide written verification of completed hours to the probation officer.

**You must refrain from engaging in the occupation, business or profession of law enforcement, including as a consultant pursuant to 18 U.S.C. § 3563(b)(5).**

DEFENDANT: VICTOR HILL
CASE NUMBER: 1:21-CR-00143-ELR-1                                    Judgment -- Page **7** of **7**

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

The defendant shall pay to the United States a special assessment of **$600.00**, which shall be due immediately.

       **Special Assessment**

TOTAL      **$600.00**

       **Fine**

TOTAL      **WAIVED**

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or before September 13, 1994, but before April 23, 1996.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

March 17, 2023

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

Re:     United States of America v. Victor Hill
        USDC Criminal No. 1:21-cr-143-ELR-CCB-1

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| X | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
|---|---|
| \_\_\_\_\_ | Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| X | **Appeal fees HAVE been paid. (Receipt# AGANDC-12466052)** |
| \_\_\_\_\_ | Certified copy of order appointing Federal Defender Program enclosed. |
| \_\_\_\_\_ | Certified copy of CJA order appointing counsel enclosed. |
| \_\_\_\_\_ | Appellant has been forwarded an application to proceed IFP. |
| \_\_\_\_\_ | Appellant has been   leave to appeal IFP, copy of order enclosed. |
| \_\_\_\_\_ | An appeal bond has been denied. |
| X | **District Judge appealed from is Honorable Eleanor L. Ross.** |
| \_\_\_\_\_ | Other: . |

The enclosed certified,   record on appeal consists of:

| _____ | Volume(s) of pleadings | _____ | Envelope(s) |
|---|---|---|---|
| _____ | Volume(s) of transcripts. | _____ | PSI enclosed. (SEALED) |

Sincerely,

Kevin P. Weimer
Clerk of Court

By:     /s/P. McClam
        Deputy Clerk

Enclosures