

**THOMAS BROWN**
*U.S. Marshal*

**U.S. Department of Justice**
United States Marshals Service
75 Ted Turner Drive S.W. Suite 1600
Atlanta, GA 30303

**APRIL 11, 2023**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 11 2023

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

Mr. Victor Hill
USMS# 41909-509
1:2021-CR-00143-ELR

Dear Mr. HILL

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following to institution to begin service of your federal sentence

| | |
|---|---|
| INSTITUTION: | **FCI FORREST CITY LOW** |
| | 1400 Dale Bumpers Road |
| | Forrest City, AR 72335 |
| TELEPHONE NO.: | (870) 630-6000 |
| REPORT DATE: | **NOON: MAY 15, 2023** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

THOMAS BROWN
United States Marshal

*Ronnie Virden*
Ronnie Virden
Criminal Section