UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>VICTOR HILL, )<br>)<br>Defendant. ) | No. 1:21-CR-143-ELR-CCB |

## (PROPOSED) ORDER

This matter comes before the Court on Defendant Victor Hill's Motion to Continue Self-Surrender Date. On April 11, 2023, the U.S. Marshals Service directed Defendant to report to FCI Forrest City Low by noon on May 15, 2023 to begin service of his sentence. (Dkt. 120.) Defendant seeks to continue the self-surrender date until his Motion for Bond Pending Appeal (Dkt. 121) is resolved. Having reviewed the Motion, the Court finds there is good cause to continue Defendant's report date. The Motion is hereby **GRANTED**, and Defendant's report date is **HEREBY CONTINUED** until a time later directed by this Court.

**SO ORDERED** this _____ day of April, 2023.

_____
HON. ELEANOR L. ROSS
United States District Judge